SCANNED

FILED
OCT - 1 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

Naomi Jane Gray (SBN 230171)
SHADES OF GRAY LAW GROUP, P.C.
100 Shoreline Highway, Suite 100B
Mill Valley, California 94941
Tel: (415) 746-9260 | Fax: (415) 968-4328
ngray@shadesofgray.law

*Attorneys for Plaintiff*
*Recording Industry Association of America, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECORDING INDUSTRY ASSOCIATION OF AMERICA, INC.,
Plaintiff,

vs.

CLOUDFLARE, INC.,
Defendant.

Case No. CV-20 80174-MISC. KAW

**DECLARATION OF MARK McDEVITT IN SUPPORT OF ISSUANCE OF SUBPOENA PURSUANT TO 17 U.S.C § 512(h)**

I, MARK McDEVITT, the undersigned, declare that:

1. I am a Senior Vice President, Online Content Protection for the Recording Industry Association of America, Inc. (RIAA). The RIAA is a trade association whose member companies create, manufacture or distribute sound recordings. The RIAA is authorized to act on its member companies' behalf on matters involving the infringement of their copyrighted video and sound recordings.

2. The RIAA is requesting the attached proposed subpoena that would order Cloudflare, Inc. to disclose the identities, including names, physical addresses, IP addresses, telephone numbers, e-mail addresses, payment information, account updates and account histories of the users operating the following websites:

*Blackpink – Kill This Love*
https://1337x.to/torrent/3690467/BLACKPINK-KILL-THIS-LOVE-2019-EP/

*Fifth Harmony – Fifth Harmony*
https://1337x.to/torrent/2396535/Fifth-Harmony-Fifth-Harmony-2017/

*Bruno Mars – 24K Magic*
https://1337x.to/torrent/1894021/Bruno-Mars-24K-Magic-2016/

*Mac Miller – Circles*
https://www.pluspremieres.to/2020/01/mac-miller-circles.html?i=73873087

*Big Sean – Wolves (feat. Post Malone)*
https://www.pluspremieres.to/2020/09/big-sean-wolves-feat-post-malone-single.html?i=31542531

*Gavin DeGraw – Sweeter*
https://www.pluspremieres.to/2011/09/gavin-degraw-sweeter.html?i=72592445

*Childish Gambino – Warlords*
https://thesource.to/forum/index.php?threads/selling-my-vault.68/

*A Boogie Wit Da Hoodie – Swervin (feat. Veysel)*
https://ddownload.com/0fc12noj2auv

*Coi Leray - Better Days (feat. Fetty Wap)*
https://ddownload.com/wbp8rjap1k4k

*Bryson Tiller – Inhale*
https://ddownload.com/crsaammqdns3?dl=PPE45HpQ

*Lady Gaga – Fun Tonight*
https://hiphopde.com/lady-gaga-fun-tonight/

*Jason Derulo – Coincidence*
https://hiphopde.com/jason-derulo-coincidence/

*John Legend – Bigger Love*
https://hiphopde.com/album-john-legend-bigger-love/

*Eddie Money – I Wanna Go Back*
https://ontiva.com/en/watch?v=o0JqC2UDpoE

*Katrina & The Waves – Walking on Sunshine*
https://ontiva.com/en/watch?v=iPUmE-tne5U

*The B-52's – Love Shack*
https://ontiva.com/en/watch?v=9SOryJvTAGs

*The Killers - Dying Breed*
https://anonfiles.com/JfjfBfNco0/The_Killers_-_Dying_Breed_-_DownloadMusicasGratis.online_mp3

*Popcaan - Twist & Turn (feat. Drake & Partynextdoor)*
https://anonfiles.com/h76eW5Kco0/04_TWIST_TURN_feat._Drake_PARTY_mp3

*Beyoncé - The Lion King: The Gift*
https://anonfiles.com/X2u3rbJ1ob

*Taylor Swift – We Are Never Ever Getting Back Together*
https://audioz.download/samples/multitrack/135418-download_taylor-swift-we-are-never-ever-getting-back-together-remix-stems.html

*One Direction – Steal My Girl*
https://audioz.download/samples/multitrack/77270-download_one-direction-steal-my-girl-multitrack-ffs.html

*Dua Lipa – Last Dance*
https://audioz.download/samples/multitrack/138344-download_dua-lipa-last-dance-remix-stems.html

*Jason Derulo – Take You Dancing*
https://www.dirrtyremix.es/post/remixes-jason-derulo-take-you-dancing/

*Zara Larsson – Love Me Land*
https://www.dirrtyremix.es/post/remixes-zara-larsson-love-me-land/
*Camila Cabello - Camilla*
https://www.discografiaspormega.com/discografia-camila-cabello-mega-completa/

*Pablo Alborán - Pablo Alborán*
https://www.discografiaspormega.com/discografia-pablo-alboran-mega/

*Sasha Sökol – Diamante*
https://www.discografiaspormega.com/discografia-sasha-sokol-mega-completa/

*Alexander 23 – Caught in the Middle*
http://douploads.net/1l9oqtj6nk6c

*24kGoldn – Mood (feat. Iann Dior)*
https://douploads.net/kow2kh02auo1

*Burna Boy – Pull Up*
https://www.ghanamotion.com/burna-boy-pull-up/

*WizKid – Master Groove*
https://www.ghanamotion.com/wizkid-master-groove/

*Khalid – My Bad*
https://hd24bit.com/57367-khalid-my-bad-2019-single.html

*Drake – Toosie Slide*
https://hd24bit.com/96690-drake-toosie-slide-2020-hi-res-stereo-single.html

*Dua Lipa – Break My Heart*
https://hd24bit.com/99609-dua-lipa-break-my-heart-2020-hi-res-stereo-single.html

*Bankrol Hayden - Pain Is Temporary*
http://hexupload.net/ucqcm59mxjfc

*Pop Smoke - Aim For The Moon*
http://hexupload.net/hgikgqwuhi3v

*Joey Bada$$ - The Light Pack*
http://hexupload.net/q0h2eifjjh9o.html

*Reba McEntire – Rumor Has It*
https://intmusic.net/169189/reba-mcentire-rumor-has-it-30th-anniversary-edition-2020

*Black Eyed Peas - Translation*
https://intmusic.net/160357/the-black-eyed-peas-translation-2020

*Eagles – Legacy*
https://intmusic.net/82415/eagles-legacy-2018

*Alicia Keys – Love Looks Better*
http://www7.iplusfree.org/alicia-keys-love-looks-better-pre-single-itunes-plus-aac-m4a/

*David Guetta & Sia - Let's Love*
http://www7.iplusfree.org/david-guetta-sia-lets-love-single-itunes-plus-aac-m4a/

*Big Sean – Detroit 2*
http://www7.iplusfree.org/big-sean-detroit-2-itunes-plus-aac-m4a/

*Benjamin Orr – Stay the Night*
https://listentoyoutube.online/v9/?youtube-url=https://youtu.be/2ySLmwsfP4Q

*Daryl Hall & John Oates – Out of Touch*
https://listentoyoutube.online/v9/?youtube-url=https://youtu.be/DCkJ5lGPqFs

*Baltimora – Tarzan Boy*
https://listentoyoutube.online/v9/?youtube-url=https://youtu.be/xkmgcvr5Ezc

*Drake – Laugh Now Cry Later (feat. Lil Durk)*
https://mp3global.org/download/drake-laugh-now-cry-later-ft-lil-durk/

*Doja Cat - Freak*
https://mp3global.org/download/doja-cat-freak/

*Cardi B – WAP (feat. Megan Thee Stallion)*
https://mp3global.org/download/cardi-b-wap-ft-megan-thee-stallion/

*Banda Jerez - Dicen que Soy Borracho*
http://musiconworldoffmx.com/discografia-banda-jerez-mega/

*Lu - Lu*
http://musiconworldoffmx.com/discografia-lu-mega/

*Shakira - Pies Descalzos*
http://musiconworldoffmx.com/discografia-shakira-mega/

*Harry Styles - Adore You*
https://muzobzor.ru/clip?id=VF-r5TtlT9w

*Cardi B - Money*
https://muzobzor.ru/clip?id=Zj2cK8wymIA

*Drake - Energy*
https://muzobzor.ru/clip?id=7LnBvuzjpr4

*Cardi B – Get Up 10*
https://www1.naijaonpoint.com/mp3-cardi-b-get-up-10/

*Doja Cat – Bottom Bitch*
https://www1.naijaonpoint.com/mp3-doja-cat-bottom-bitch

*Drake - Practice*
https://www1.naijaonpoint.com/mp3-drake-practice/

Alicia Keys – Alicia
https://newalbumreleases.net/150536/alicia-keys-alicia-2020/

*Ed Sheeran – No. 6 Collaborations Project*
https://newalbumreleases.net/130102/ed-sheeran-no-6-collaborations-project-2019/

*Billie Eilish – When We All Fall Asleep, Where Do We Go?*
https://newalbumreleases.net/128943/billie-eilish-when-we-all-fall-asleep-where-do-we-go-2019/

*Blanco – Anakin*
https://www.ngleakers.co/2020/09/blanco-anakin-mp3.html

*David Guetta & Sia - Let's Love*
https://www.ngleakers.co/2020/09/david-guetta-sia-lets-love-mp3.html

*Bring Me The Horizon – Obey (with Yungblud)*
https://www.ngleakers.co/2020/09/bring-me-horizon-obey-with-yungblud-mp3.html

*Dua Lipa – Break My Heart*
*Drake – Laugh Now Cry Later*
http://rlsbb.ru/va-billboard-hot-100-singles-chart-19-09-2020/.

*Drake - Laugh Now Cry Later*
https://rnbxclusive.vip/drake-laugh-now-cry-later-feat-lil-durk-cdq-itunes/

*Ed Sheeran - South of the Border*
https://rnbxclusive.vip/ed-sheeran-south-of-the-border-feat-camila-cabello-acoustic-cdq-itunes/

*Little Mix – Holiday*
https://rnbxclusive.vip/little-mix-holiday-cdq-itunes/

*Dua Lipa – Future Nostalgia*
https://sanet.ws/blogs/musiclove/dua_lipa_future_nostalgia_flac.3301598.html

*Drake – God's Plan*
https://sanet.ws/blogs/musicsazoon/drake_essentials.3291090.html

*Harry Styles – Fine Line*
https://sanet.ws/blogs/delpotromusic/harry_styles_fine_line_cd_rip.3285436.html

*Dua Lipa – Physical (feat. Hwa Sa)*
https://songslover.cam/tracks/dua-lipa-physical-feat-hwasa.html

*Harry Styles – Fine Line*
https://songslover.cam/albums/harry-styles-fine-line.html

*Drake – Laugh Now Cry Later (feat. Lil Durk)*
https://songslover.cam/tracks/drake-laugh-now-cry-later-feat-lil-durk.html

*Dua Lipa – Break My Heart*
*Drake – Laugh Now Cry Later*
http://rlsbb.to/va-billboard-hot-100-singles-chart-12-09-2020/

*Drake - Headlines*
https://www.torrentdownloads.me/torrent/1653187014/Drake---Headlines-mp4

*Ed Sheeran - Divide*
https://www.torrentdownloads.me/torrent/1662858637/Ed-Sheeran---DIVIDE-%28Deluxe%29-%282017%29-%5BMp3%7E320kbps%5D

*One Direction - One Thing*
https://www.torrentdownloads.me/torrent/1653527957/One-Direction---One-Thing-mp4

*Big Sean – Detroit 2*
https://www.xclusivejams.nl/album-big-sean-detroit-2-itunes-plus-aac-m4a-61110.html

*Madonna – Human Nature*
https://www.xclusivejams.nl/madonna-human-nature-itunes-plus-m4a-60986.html

*Little Mix - Holiday*
https://www.xclusivejams.nl/little-mix-holiday-single-itunes-plus-aac-m4a-59728.html

*Shawn Mendes - Stitches*
https://zoop.su/dl/3Z9Fiv7-yTOCeL-vMYhAswkQ&s=3wq/Shawn%20Mendes,%20Amice%20-%20Stitches

*Doja Cat – So High*
https://zoop.su/dl/3ZDQiwJqZ3e0SdcPex2kroKw&s=3wq/Doja%20Cat%20-%20So%20High%20(San%20Holo%20Remix)

*Wiz Khalifa – Work Hard, Play Hard*
https://zoop.su/dl/3Zn6dFUUL4JHR5wOVg0i1eIQ&s=3wq/Wiz%20Khalifa%20-%20Work%20Hard,%20Play%20Hard

*Taylor Swift - Ready For It*
https://notube.net/en/download?token=99fc0363da3bf9e8911ee2c801ac2629

*Janelle Monáe - Turntables*
https://notube.net/en/download?token=d7846530b262ff12fc670334aa77337b

*Laura Branigan – Self Control*
https://notube.net/en/download?token=da226c94a54c179a7d730b7b683caae3

*Drake - In My Feelings*
https://alegemuzica.top/detalii/drake-in-my-feelings-vavo-steve-reece-remix.html

*Ed Sheeran - Shape of You*
https://alegemuzica.top/detalii/ed-sheeran-shape-of-you-claudio-cristo-yves-latroa-remix.html

*ASAP Ferg- Trap Lord*
https://alegemuzica.top/detalii/asap-ferg---trap-lord-2013-album-original.html

*Dua Lipa - Future Nostalgia*
https://topmusic.uno/dua-lipa-club-future-nostalgia-2020/

*Mariah Carey - Always Be My Baby*
https://topmusic.uno/mariah-carey-always-be-my-baby-ep-remastered-2020/

*Taylor Swift – Folklore: The Escapism Chapter*
https://topmusic.uno/taylor-swift-folklore-the-escapism-chapter-ep-2020/

*Tears For Fears – Head Over Heels*
https://www.y2mate.com/youtube/CsHiG-43Fzg

*'Til Tuesday – Voices Carry*
https://www.y2mate.com/youtube/uejh-bHa4To

*Chaka Khan – Through the Fire*
https://www.y2mate.com/youtube/TjWmw-8-OEk

*Laura Branigan – Gloria*
https://www.youtubeconverter.io/convert?query=https%3A%2F%2Fwww.youtube.com%2Fwatch%3Fv%3DnNEb2k_EmMg

*Exposé – Come Go With Me*
https://www.youtubeconverter.io/convert?query=https%3A%2F%2Fwww.youtube.com%2Fwatch%3Fv%3DSGi3AvfFfuA

*Paula Abdul – Vibeology*
https://www.youtubeconverter.io/convert?query=https%3A%2F%2Fwww.youtube.com%2Fwatch%3Fv%3Dib01_vWRpx0

3. The purpose for which this subpoena is sought is to obtain the identities of the individuals assigned to these websites who have reproduced and have offered for distribution our members' copyrighted sound recordings without their authorization. This information will only be used for the purposes of protecting the rights granted to our members, the sound recording copyright owner, under Title II of the Digital Millennium Copyright Act.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information or belief.

Executed at Washington, District of Columbia, on September 24, 2020.

**BY FAX**

Mark McDevitt

RECEIVED

2020 OCT -1 P 1:00

SUSAN Y. SOONG
CLERK, US DISTRICT COURT
NO. DIST. OF CA

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]