# EXHIBIT 1

# TO DECLARATION OF MARK McDEVITT

### DMCA NOTICES OF COPYRIGHT INFRINGEMENT

## Natalia Ermakova

| | |
|---|---|
| **From:** | RIAA Antipiracy <antipiracy@riaa.com> |
| **Sent:** | Monday, September 28, 2020 12:11 PM |
| **To:** | abuse@cloudflare.com |
| **Subject:** | Unauthorized Sound Recordings (REF: E17-1681601320221) |

September 28, 2020

Newalbumreleases.net
Cloudflare
WIBO Baltic UAB

E17-1681601320221

Dear Sir or Madam: ˙

I am contacting you on behalf of the Recording Industry Association of America, Inc. (RIAA) and its member record companies. The RIAA is a trade association whose member companies create, manufacture and distribute approximately eighty-five (85) percent of all legitimate sound recordings sold in the United States. Under penalty of perjury, we submit that the RIAA is authorized to act on behalf of its member companies on matters involving the infringement of their sound recordings, including enforcing their copyrights and common law rights on the Internet, and including with respect to the copyrighted works identified below.

We have learned that your service is operating and/or hosting the below-referenced infringing web site(s) on its network. These site(s) are offering files containing sound recordings which are owned by one or more of our member companies and have not been authorized for this kind of use, including without limitation those referenced at the URL(s) below. We have a good faith belief that this activity is not authorized by the copyright owner, its agent, or the law. We assert that the information in this notification is accurate, based upon the data available to us.

We are asking for your immediate assistance in stopping this unauthorized activity. Specifically, we request that you remove the files from your system, including any mirrored or duplicate copies of those files, and/or that you disable all access to the infringing files and associated links, and that you inform the uploader/s and/or site operator(s), as applicable, of the illegality of his or her conduct.

We also ask that you consider the widespread and repeated infringing nature of the uploader(s) and/or site operator(s)' conduct (as applicable), and whether that conduct violates your terms of service and/or your company's repeat infringer policy.

This e-mail does not constitute a waiver of any right to recover damages incurred by virtue of any such unauthorized activities, and such rights as well as claims for other relief are expressly retained. In addition, our use of your service's required notice form, if applicable, is merely meant to facilitate removal of the infringing material listed below and is not meant to suggest or imply that your activities and services are within the scope of the DMCA safe harbor.

You may contact me at RIAA, 1000 F Street NW, 2nd Floor, Washington, D.C. 20004, Tel. (202) 775-0101, or by e-mail at antipiracy@riaa.com, to discuss this notice. We await your response.

Sincerely,
Alissa Hayward

Online Content Protection
RIAA

https://newalbumreleases.net/150536/alicia-keys-alicia-2020/ alicia keys - alicia
https://newalbumreleases.net/128943/billie-eilish-when-we-all-fall-asleep-where-do-we-go-2019/ billie eilish - when we all fall asleep where do we go?
https://newalbumreleases.net/130102/ed-sheeran-no-6-collaborations-project-2019/ ed sheeran - no 6 collaborations project

**Natalia Ermakova**

| | |
|---|---|
| **From:** | RIAA Antipiracy <antipiracy@riaa.com> |
| **Sent:** | Monday, September 28, 2020 12:35 PM |
| **To:** | abuse@cloudflare.com |
| **Subject:** | Unauthorized Sound Recordings (REF: E17-1971601321679) |

September 28, 2020

Torrentdownloads.me
Cloudflare
Lir.bg EOOD

E17-1971601321679

Dear Sir or Madam:

I am contacting you on behalf of the Recording Industry Association of America, Inc. (RIAA) and its member record companies. The RIAA is a trade association whose member companies create, manufacture and distribute approximately eighty-five (85) percent of all legitimate sound recordings sold in the United States. Under penalty of perjury, we submit that the RIAA is authorized to act on behalf of its member companies on matters involving the infringement of their sound recordings, including enforcing their copyrights and common law rights on the Internet, and including with respect to the copyrighted works identified below.

We have learned that your service is operating and/or hosting the below-referenced infringing web site(s) on its network. These site(s) are offering files containing sound recordings which are owned by one or more of our member companies and have not been authorized for this kind of use, including without limitation those referenced at the URL(s) below. We have a good faith belief that this activity is not authorized by the copyright owner, its agent, or the law. We assert that the information in this notification is accurate, based upon the data available to us.

We are asking for your immediate assistance in stopping this unauthorized activity. Specifically, we request that you remove the files from your system, including any mirrored or duplicate copies of those files, and/or that you disable all access to the infringing files and associated links, and that you inform the uploader/s and/or site operator(s), as applicable, of the illegality of his or her conduct.

We also ask that you consider the widespread and repeated infringing nature of the uploader(s) and/or site operator(s)' conduct (as applicable), and whether that conduct violates your terms of service and/or your company's repeat infringer policy.

This e-mail does not constitute a waiver of any right to recover damages incurred by virtue of any such unauthorized activities, and such rights as well as claims for other relief are expressly retained. In addition, our use of your service's required notice form, if applicable, is merely meant to facilitate removal of the infringing material listed below and is not meant to suggest or imply that your activities and services are within the scope of the DMCA safe harbor.

You may contact me at RIAA, 1000 F Street NW, 2nd Floor, Washington, D.C. 20004, Tel. (202) 775-0101, or by e-mail at antipiracy@riaa.com, to discuss this notice. We await your response.

Sincerely,
Alissa Hayward

1

Online Content Protection
RIAA


https://www.torrentdownloads.me/torrent/1653187014/Drake---Headlines-mp4 drake - headlines
https://www.torrentdownloads.me/torrent/1662858637/Ed-Sheeran---DIVIDE-%28Deluxe%29-%282017%29-
%5BMp3%7E320kbps%5D ed sheeran - divide
https://www.torrentdownloads.me/torrent/1653527957/One-Direction---One-Thing-mp4 one direction - one thing

**Natalia Ermakova**

| | |
|---|---|
| **From:** | RIAA Antipiracy <antipiracy@riaa.com> |
| **Sent:** | Monday, September 28, 2020 12:43 PM |
| **To:** | abuse@cloudflare.com |
| **Subject:** | Unauthorized Sound Recordings (REF: E17-251891601322174) |

September 28, 2020

Intmusic.net
Cloudflare
NFOrce Entertainment B.V.

E17-251891601322174

Dear Sir or Madam:

I am contacting you on behalf of the Recording Industry Association of America, Inc. (RIAA) and its member record companies. The RIAA is a trade association whose member companies create, manufacture and distribute approximately eighty-five (85) percent of all legitimate sound recordings sold in the United States. Under penalty of perjury, we submit that the RIAA is authorized to act on behalf of its member companies on matters involving the infringement of their sound recordings, including enforcing their copyrights and common law rights on the Internet, and including with respect to the copyrighted works identified below.

We have learned that your service is operating and/or hosting the below-referenced infringing web site(s) on its network. These site(s) are offering files containing sound recordings which are owned by one or more of our member companies and have not been authorized for this kind of use, including without limitation those referenced at the URL(s) below. We have a good faith belief that this activity is not authorized by the copyright owner, its agent, or the law. We assert that the information in this notification is accurate, based upon the data available to us.

We are asking for your immediate assistance in stopping this unauthorized activity. Specifically, we request that you remove the files from your system, including any mirrored or duplicate copies of those files, and/or that you disable all access to the infringing files and associated links, and that you inform the uploader/s and/or site operator(s), as applicable, of the illegality of his or her conduct.

We also ask that you consider the widespread and repeated infringing nature of the uploader(s) and/or site operator(s)' conduct (as applicable), and whether that conduct violates your terms of service and/or your company's repeat infringer policy.

This e-mail does not constitute a waiver of any right to recover damages incurred by virtue of any such unauthorized activities, and such rights as well as claims for other relief are expressly retained. In addition, our use of your service's required notice form, if applicable, is merely meant to facilitate removal of the infringing material listed below and is not meant to suggest or imply that your activities and services are within the scope of the DMCA safe harbor.

You may contact me at RIAA, 1000 F Street NW, 2nd Floor, Washington, D.C. 20004, Tel. (202) 775-0101, or by e-mail at antipiracy@riaa.com, to discuss this notice. We await your response.

Sincerely,
Alissa Hayward

1

Online Content Protection
RIAA


https://intmusic.net/160357/the-black-eyed-peas-translation-2020 black eyed peas - translation
https://intmusic.net/82415/eagles-legacy-2018 eagles - legacy
https://intmusic.net/169189/reba-mcentire-rumor-has-it-30th-anniversary-edition-2020 reba mcentire - rumor has it

2

## Natalia Ermakova

| | |
|---|---|
| **From:** | RIAA Antipiracy <antipiracy@riaa.com> |
| **Sent:** | Monday, September 28, 2020 12:15 PM |
| **To:** | abuse@cloudflare.com |
| **Subject:** | Unauthorized Sound Recordings (REF: E17-256381601320462) |

September 28, 2020

1337x.to
Cloudflare
Lir.bg EOOD

E17-256381601320462

Dear Sir or Madam:

I am contacting you on behalf of the Recording Industry Association of America, Inc. (RIAA) and its member record companies. The RIAA is a trade association whose member companies create, manufacture and distribute approximately eighty-five (85) percent of all legitimate sound recordings sold in the United States. Under penalty of perjury, we submit that the RIAA is authorized to act on behalf of its member companies on matters involving the infringement of their sound recordings, including enforcing their copyrights and common law rights on the Internet, and including with respect to the copyrighted works identified below.

We have learned that your service is operating and/or hosting the below-referenced infringing web site(s) on its network. These site(s) are offering files containing sound recordings which are owned by one or more of our member companies and have not been authorized for this kind of use, including without limitation those referenced at the URL(s) below. We have a good faith belief that this activity is not authorized by the copyright owner, its agent, or the law. We assert that the information in this notification is accurate, based upon the data available to us.

We are asking for your immediate assistance in stopping this unauthorized activity. Specifically, we request that you remove the files from your system, including any mirrored or duplicate copies of those files, and/or that you disable all access to the infringing files and associated links, and that you inform the uploader/s and/or site operator(s), as applicable, of the illegality of his or her conduct.

We also ask that you consider the widespread and repeated infringing nature of the uploader(s) and/or site operator(s)' conduct (as applicable), and whether that conduct violates your terms of service and/or your company's repeat infringer policy.

This e-mail does not constitute a waiver of any right to recover damages incurred by virtue of any such unauthorized activities, and such rights as well as claims for other relief are expressly retained. In addition, our use of your service's required notice form, if applicable, is merely meant to facilitate removal of the infringing material listed below and is not meant to suggest or imply that your activities and services are within the scope of the DMCA safe harbor.

You may contact me at RIAA, 1000 F Street NW, 2nd Floor, Washington, D.C. 20004, Tel. (202) 775-0101, or by e-mail at antipiracy@riaa.com, to discuss this notice. We await your response.

Sincerely,
Alissa Hayward

1

Online Content Protection
RIAA

.

https://1337x.to/torrent/3690467/BLACKPINK-KILL-THIS-LOVE-2019-EP/ blackpink - kill this love
https://1337x.to/torrent/1894021/Bruno-Mars-24K-Magic-2016/ bruno mars - 24k magic
https://1337x.to/torrent/2396535/Fifth-Harmony-Fifth-Harmony-2017/ fifth harmony - fifth harmony

**Natalia Ermakova**

| | |
|---|---|
| **From:** | RIAA Antipiracy <antipiracy@riaa.com> |
| **Sent:** | Monday, September 28, 2020 12:13 PM |
| **To:** | abuse@cloudflare.com |
| **Subject:** | Unauthorized Sound Recordings (REF: E17-265331601320360) |

September 28, 2020

Anonfiles.com
Cloudflare
Obenetwork AB

E17-265331601320360

Dear Sir or Madam:

I am contacting you on behalf of the Recording Industry Association of America, Inc. (RIAA) and its member record companies. The RIAA is a trade association whose member companies create, manufacture and distribute approximately eighty-five (85) percent of all legitimate sound recordings sold in the United States. Under penalty of perjury, we submit that the RIAA is authorized to act on behalf of its member companies on matters involving the infringement of their sound recordings, including enforcing their copyrights and common law rights on the Internet, and including with respect to the copyrighted works identified below.

We have learned that your service is operating and/or hosting the below-referenced infringing web site(s) on its network. These site(s) are offering files containing sound recordings which are owned by one or more of our member companies and have not been authorized for this kind of use, including without limitation those referenced at the URL(s) below. We have a good faith belief that this activity is not authorized by the copyright owner, its agent, or the law. We assert that the information in this notification is accurate, based upon the data available to us.

We are asking for your immediate assistance in stopping this unauthorized activity. Specifically, we request that you remove the files from your system, including any mirrored or duplicate copies of those files, and/or that you disable all access to the infringing files and associated links, and that you inform the uploader/s and/or site operator(s), as applicable, of the illegality of his or her conduct.

We also ask that you consider the widespread and repeated infringing nature of the uploader(s) and/or site operator(s)' conduct (as applicable), and whether that conduct violates your terms of service and/or your company's repeat infringer policy.

This e-mail does not constitute a waiver of any right to recover damages incurred by virtue of any such unauthorized activities, and such rights as well as claims for other relief are expressly retained. In addition, our use of your service's required notice form, if applicable, is merely meant to facilitate removal of the infringing material listed below and is not meant to suggest or imply that your activities and services are within the scope of the DMCA safe harbor.

You may contact me at RIAA, 1000 F Street NW, 2nd Floor, Washington, D.C. 20004, Tel. (202) 775-0101, or by e-mail at antipiracy@riaa.com, to discuss this notice. We await your response.

Sincerely,
Alissa Hayward

1

Online Content Protection
RIAA

https://anonfiles.com/X2u3rbJ1ob beyonce - the lion king the gift
https://anonfiles.com/h76eW5Kco0/04_TWIST_TURN_feat._Drake_PARTY_mp3 popcaan - twist & turn
https://anonfiles.com/JfjfBfNco0/The_Killers_-_Dying_Breed_-_DownloadMusicasGratis.online_mp3 the killers - dying breed

2

**Natalia Ermakova**

| | |
|---|---|
| **From:** | RIAA Antipiracy <antipiracy@riaa.com> |
| **Sent:** | Monday, September 28, 2020 12:50 PM |
| **To:** | abuse@cloudflare.com |
| **Subject:** | Unauthorized Sound Recordings (REF: E17-331331601322618) |

September 28, 2020

Rlsbb.ru
Cloudflare
ColoUp

E17-331331601322618

Dear Sir or Madam:

I am contacting you on behalf of the Recording Industry Association of America, Inc. (RIAA) and its member record companies. The RIAA is a trade association whose member companies create, manufacture and distribute approximately eighty-five (85) percent of all legitimate sound recordings sold in the United States. Under penalty of perjury, we submit that the RIAA is authorized to act on behalf of its member companies on matters involving the infringement of their sound recordings, including enforcing their copyrights and common law rights on the Internet, and including with respect to the copyrighted works identified below.

We have learned that your service is operating and/or hosting the below-referenced infringing web site(s) on its network. These site(s) are offering files containing sound recordings which are owned by one or more of our member companies and have not been authorized for this kind of use, including without limitation those referenced at the URL(s) below. We have a good faith belief that this activity is not authorized by the copyright owner, its agent, or the law. We assert that the information in this notification is accurate, based upon the data available to us.

We are asking for your immediate assistance in stopping this unauthorized activity. Specifically, we request that you remove the files from your system, including any mirrored or duplicate copies of those files, and/or that you disable all access to the infringing files and associated links, and that you inform the uploader/s and/or site operator(s), as applicable, of the illegality of his or her conduct.

We also ask that you consider the widespread and repeated infringing nature of the uploader(s) and/or site operator(s)' conduct (as applicable), and whether that conduct violates your terms of service and/or your company's repeat infringer policy.

This e-mail does not constitute a waiver of any right to recover damages incurred by virtue of any such unauthorized activities, and such rights as well as claims for other relief are expressly retained. In addition, our use of your service's required notice form, if applicable, is merely meant to facilitate removal of the infringing material listed below and is not meant to suggest or imply that your activities and services are within the scope of the DMCA safe harbor.

You may contact me at RIAA, 1000 F Street NW, 2nd Floor, Washington, D.C. 20004, Tel. (202) 775-0101, or by e-mail at antipiracy@riaa.com, to discuss this notice. We await your response.

Sincerely,
Alissa Hayward

1

Online Content Protection
RIAA

http://rlsbb.ru/va-billboard-hot-100-singles-chart-19-09-2020/ dua lipa - break my heart

**Natalia Ermakova**

| | |
|---|---|
| **From:** | RIAA Antipiracy <antipiracy@riaa.com> |
| **Sent:** | Monday, September 28, 2020 12:41 PM |
| **To:** | abuse@cloudflare.com |
| **Subject:** | Unauthorized Sound Recordings (REF: E17-343851601322029) |

September 28, 2020

Naijaonpoint.com
Cloudflare
Dmitry Kostyuk trading as SITE SERVICE

E17-343851601322029

Dear Sir or Madam:

I am contacting you on behalf of the Recording Industry Association of America, Inc. (RIAA) and its member record companies. The RIAA is a trade association whose member companies create, manufacture and distribute approximately eighty-five (85) percent of all legitimate sound recordings sold in the United States. Under penalty of perjury, we submit that the RIAA is authorized to act on behalf of its member companies on matters involving the infringement of their sound recordings, including enforcing their copyrights and common law rights on the Internet, and including with respect to the copyrighted works identified below.

We have learned that your service is operating and/or hosting the below-referenced infringing web site(s) on its network. These site(s) are offering files containing sound recordings which are owned by one or more of our member companies and have not been authorized for this kind of use, including without limitation those referenced at the URL(s) below. We have a good faith belief that this activity is not authorized by the copyright owner, its agent, or the law. We assert that the information in this notification is accurate, based upon the data available to us.

We are asking for your immediate assistance in stopping this unauthorized activity. Specifically, we request that you remove the files from your system, including any mirrored or duplicate copies of those files, and/or that you disable all access to the infringing files and associated links, and that you inform the uploader/s and/or site operator(s), as applicable, of the illegality of his or her conduct.

We also ask that you consider the widespread and repeated infringing nature of the uploader(s) and/or site operator(s)' conduct (as applicable), and whether that conduct violates your terms of service and/or your company's repeat infringer policy.

This e-mail does not constitute a waiver of any right to recover damages incurred by virtue of any such unauthorized activities, and such rights as well as claims for other relief are expressly retained. In addition, our use of your service's required notice form, if applicable, is merely meant to facilitate removal of the infringing material listed below and is not meant to suggest or imply that your activities and services are within the scope of the DMCA safe harbor.

You may contact me at RIAA, 1000 F Street NW, 2nd Floor, Washington, D.C. 20004, Tel. (202) 775-0101, or by e-mail at antipiracy@riaa.com, to discuss this notice. We await your response.

Sincerely,
Alissa Hayward

1

Online Content Protection
RIAA

https://www1.naijaonpoint.com/mp3-cardi-b-get-up-10/ cardi b - get up 10
https://www1.naijaonpoint.com/mp3-doja-cat-bottom-bitch doja cat - bottom bitch
https://www1.naijaonpoint.com/mp3-drake-practice/ drake - practice

**Natalia Ermakova**

| | |
|---|---|
| **From:** | RIAA Antipiracy <antipiracy@riaa.com> |
| **Sent:** | Monday, September 28, 2020 12:34 PM |
| **To:** | abuse@cloudflare.com |
| **Subject:** | Unauthorized Sound Recordings (REF: E17-366261601321601) |

September 28, 2020

Hexupload.net
Cloudflare
Abelohost BV

E17-366261601321601

Dear Sir or Madam:

I am contacting you on behalf of the Recording Industry Association of America, Inc. (RIAA) and its member record companies. The RIAA is a trade association whose member companies create, manufacture and distribute approximately eighty-five (85) percent of all legitimate sound recordings sold in the United States. Under penalty of perjury, we submit that the RIAA is authorized to act on behalf of its member companies on matters involving the infringement of their sound recordings, including enforcing their copyrights and common law rights on the Internet, and including with respect to the copyrighted works identified below.

We have learned that your service is operating and/or hosting the below-referenced infringing web site(s) on its network. These site(s) are offering files containing sound recordings which are owned by one or more of our member companies and have not been authorized for this kind of use, including without limitation those referenced at the URL(s) below. We have a good faith belief that this activity is not authorized by the copyright owner, its agent, or the law. We assert that the information in this notification is accurate, based upon the data available to us.

We are asking for your immediate assistance in stopping this unauthorized activity. Specifically, we request that you remove the files from your system, including any mirrored or duplicate copies of those files, and/or that you disable all access to the infringing files and associated links, and that you inform the uploader/s and/or site operator(s), as applicable, of the illegality of his or her conduct.

We also ask that you consider the widespread and repeated infringing nature of the uploader(s) and/or site operator(s)' conduct (as applicable), and whether that conduct violates your terms of service and/or your company's repeat infringer policy.

This e-mail does not constitute a waiver of any right to recover damages incurred by virtue of any such unauthorized activities, and such rights as well as claims for other relief are expressly retained. In addition, our use of your service's required notice form, if applicable, is merely meant to facilitate removal of the infringing material listed below and is not meant to suggest or imply that your activities and services are within the scope of the DMCA safe harbor.

You may contact me at RIAA, 1000 F Street NW, 2nd Floor, Washington, D.C. 20004, Tel. (202) 775-0101, or by e-mail at antipiracy@riaa.com, to discuss this notice. We await your response.

Sincerely,
Alissa Hayward

1

Online Content Protection
RIAA

http://hexupload.net/ucqcm59mxjfc bankrol hayden - pain is temporary
http://hexupload.net/q0h2eifjjh9o.html joey badass - the light pack
http://hexupload.net/hgikgqwuhi3v pop smoke - aim for the moon

## Natalia Ermakova

| | |
|---|---|
| **From:** | RIAA Antipiracy <antipiracy@riaa.com> |
| **Sent:** | Monday, September 28, 2020 12:08 PM |
| **To:** | abuse@cloudflare.com |
| **Subject:** | Unauthorized Sound Recordings (REF: E17-372851601320082) |

September 28, 2020

Y2mate.com
Cloudflare
Hetzner Online GmbH

E17-372851601320082

Dear Sir or Madam:

I am contacting you on behalf of the Recording Industry Association of America, Inc. (RIAA) and its member record companies. The RIAA is a trade association whose member companies create, manufacture and distribute approximately eighty-five (85) percent of all legitimate sound recordings sold in the United States. Under penalty of perjury, we submit that the RIAA is authorized to act on behalf of its member companies on matters involving the infringement of their sound recordings, including enforcing their copyrights and common law rights on the Internet, and including with respect to the copyrighted works identified below.

We have learned that your service is operating and/or hosting the below-referenced infringing web site(s) on its network. These site(s) are offering files containing sound recordings which are owned by one or more of our member companies and have not been authorized for this kind of use, including without limitation those referenced at the URL(s) below. We have a good faith belief that this activity is not authorized by the copyright owner, its agent, or the law. We assert that the information in this notification is accurate, based upon the data available to us.

We are asking for your immediate assistance in stopping this unauthorized activity. Specifically, we request that you remove the files from your system, including any mirrored or duplicate copies of those files, and/or that you disable all access to the infringing files and associated links, and that you inform the uploader/s and/or site operator(s), as applicable, of the illegality of his or her conduct.

We also ask that you consider the widespread and repeated infringing nature of the uploader(s) and/or site operator(s)' conduct (as applicable), and whether that conduct violates your terms of service and/or your company's repeat infringer policy.

This e-mail does not constitute a waiver of any right to recover damages incurred by virtue of any such unauthorized activities, and such rights as well as claims for other relief are expressly retained. In addition, our use of your service's required notice form, if applicable, is merely meant to facilitate removal of the infringing material listed below and is not meant to suggest or imply that your activities and services are within the scope of the DMCA safe harbor.

You may contact me at RIAA, 1000 F Street NW, 2nd Floor, Washington, D.C. 20004, Tel. (202) 775-0101, or by e-mail at antipiracy@riaa.com, to discuss this notice. We await your response.

Sincerely,
Alissa Hayward

1

Online Content Protection
RIAA

https://www.y2mate.com/youtube/TjWmw-8-OEk chaka khan - through the fire
https://www.y2mate.com/youtube/CsHiG-43Fzg tears for fears - head over heels
https://www.y2mate.com/youtube/uejh-bHa4To til tuesday - voices carry

2

**Natalia Ermakova**

| | |
|---|---|
| **From:** | RIAA Antipiracy <antipiracy@riaa.com> |
| **Sent:** | Monday, September 28, 2020 12:22 PM |
| **To:** | abuse@cloudflare.com |
| **Subject:** | Unauthorized Sound Recordings (REF: E17-386521601320909) |

September 28, 2020

Rlsbb.to
Cloudflare
ColoUp

E17-386521601320909

Dear Sir or Madam:

I am contacting you on behalf of the Recording Industry Association of America, Inc. (RIAA) and its member record companies. The RIAA is a trade association whose member companies create, manufacture and distribute approximately eighty-five (85) percent of all legitimate sound recordings sold in the United States. Under penalty of perjury, we submit that the RIAA is authorized to act on behalf of its member companies on matters involving the infringement of their sound recordings, including enforcing their copyrights and common law rights on the Internet, and including with respect to the copyrighted works identified below.

We have learned that your service is operating and/or hosting the below-referenced infringing web site(s) on its network. These site(s) are offering files containing sound recordings which are owned by one or more of our member companies and have not been authorized for this kind of use, including without limitation those referenced at the URL(s) below. We have a good faith belief that this activity is not authorized by the copyright owner, its agent, or the law. We assert that the information in this notification is accurate, based upon the data available to us.

We are asking for your immediate assistance in stopping this unauthorized activity. Specifically, we request that you remove the files from your system, including any mirrored or duplicate copies of those files, and/or that you disable all access to the infringing files and associated links, and that you inform the uploader/s and/or site operator(s), as applicable, of the illegality of his or her conduct.

We also ask that you consider the widespread and repeated infringing nature of the uploader(s) and/or site operator(s)' conduct (as applicable), and whether that conduct violates your terms of service and/or your company's repeat infringer policy.

This e-mail does not constitute a waiver of any right to recover damages incurred by virtue of any such unauthorized activities, and such rights as well as claims for other relief are expressly retained. In addition, our use of your service's required notice form, if applicable, is merely meant to facilitate removal of the infringing material listed below and is not meant to suggest or imply that your activities and services are within the scope of the DMCA safe harbor.

You may contact me at RIAA, 1000 F Street NW, 2nd Floor, Washington, D.C. 20004, Tel. (202) 775-0101, or by e-mail at antipiracy@riaa.com, to discuss this notice. We await your response.

Sincerely,
Alissa Hayward

Online Content Protection
RIAA

http://rlsbb.to/va-billboard-hot-100-singles-chart-12-09-2020/ drake - laugh now cry later

**Natalia Ermakova**

| | |
|---|---|
| **From:** | RIAA Antipiracy <antipiracy@riaa.com> |
| **Sent:** | Monday, September 28, 2020 12:48 PM |
| **To:** | abuse@cloudflare.com |
| **Subject:** | Unauthorized Sound Recordings (REF: E17-399521601322458) |

September 28, 2020

Dirrtyremix.es
Cloudflare
TheZone Ltd.

E17-399521601322458

Dear Sir or Madam:

I am contacting you on behalf of the Recording Industry Association of America, Inc. (RIAA) and its member record companies. The RIAA is a trade association whose member companies create, manufacture and distribute approximately eighty-five (85) percent of all legitimate sound recordings sold in the United States. Under penalty of perjury, we submit that the RIAA is authorized to act on behalf of its member companies on matters involving the infringement of their sound recordings, including enforcing their copyrights and common law rights on the Internet, and including with respect to the copyrighted works identified below.

We have learned that your service is operating and/or hosting the below-referenced infringing web site(s) on its network. These site(s) are offering files containing sound recordings which are owned by one or more of our member companies and have not been authorized for this kind of use, including without limitation those referenced at the URL(s) below. We have a good faith belief that this activity is not authorized by the copyright owner, its agent, or the law. We assert that the information in this notification is accurate, based upon the data available to us.

We are asking for your immediate assistance in stopping this unauthorized activity. Specifically, we request that you remove the files from your system, including any mirrored or duplicate copies of those files, and/or that you disable all access to the infringing files and associated links, and that you inform the uploader/s and/or site operator(s), as applicable, of the illegality of his or her conduct.

We also ask that you consider the widespread and repeated infringing nature of the uploader(s) and/or site operator(s)' conduct (as applicable), and whether that conduct violates your terms of service and/or your company's repeat infringer policy.

This e-mail does not constitute a waiver of any right to recover damages incurred by virtue of any such unauthorized activities, and such rights as well as claims for other relief are expressly retained. In addition, our use of your service's required notice form, if applicable, is merely meant to facilitate removal of the infringing material listed below and is not meant to suggest or imply that your activities and services are within the scope of the DMCA safe harbor.

You may contact me at RIAA, 1000 F Street NW, 2nd Floor, Washington, D.C. 20004, Tel. (202) 775-0101, or by e-mail at antipiracy@riaa.com, to discuss this notice. We await your response.

Sincerely,
Alissa Hayward

1

Online Content Protection
RIAA

https://www.dirrtyremix.es/post/remixes-jason-derulo-take-you-dancing/ jason derulo - take you dancing
https://www.dirrtyremix.es/post/remixes-zara-larsson-love-me-land/ zara larsson - love me land

**Natalia Ermakova**

| | |
|---|---|
| **From:** | RIAA Antipiracy <antipiracy@riaa.com> |
| **Sent:** | Monday, September 28, 2020 12:28 PM |
| **To:** | abuse@cloudflare.com |
| **Subject:** | Unauthorized Sound Recordings (REF: E17-399541601321270) |

September 28, 2020

Iplusfree.org
Cloudflare
FranTech Solutions

E17-399541601321270

Dear Sir or Madam:

I am contacting you on behalf of the Recording Industry Association of America, Inc. (RIAA) and its member record companies. The RIAA is a trade association whose member companies create, manufacture and distribute approximately eighty-five (85) percent of all legitimate sound recordings sold in the United States. Under penalty of perjury, we submit that the RIAA is authorized to act on behalf of its member companies on matters involving the infringement of their sound recordings, including enforcing their copyrights and common law rights on the Internet, and including with respect to the copyrighted works identified below.

We have learned that your service is operating and/or hosting the below-referenced infringing web site(s) on its network. These site(s) are offering files containing sound recordings which are owned by one or more of our member companies and have not been authorized for this kind of use, including without limitation those referenced at the URL(s) below. We have a good faith belief that this activity is not authorized by the copyright owner, its agent, or the law. We assert that the information in this notification is accurate, based upon the data available to us.

We are asking for your immediate assistance in stopping this unauthorized activity. Specifically, we request that you remove the files from your system, including any mirrored or duplicate copies of those files, and/or that you disable all access to the infringing files and associated links, and that you inform the uploader/s and/or site operator(s), as applicable, of the illegality of his or her conduct.

We also ask that you consider the widespread and repeated infringing nature of the uploader(s) and/or site operator(s)' conduct (as applicable), and whether that conduct violates your terms of service and/or your company's repeat infringer policy.

This e-mail does not constitute a waiver of any right to recover damages incurred by virtue of any such unauthorized activities, and such rights as well as claims for other relief are expressly retained. In addition, our use of your service's required notice form, if applicable, is merely meant to facilitate removal of the infringing material listed below and is not meant to suggest or imply that your activities and services are within the scope of the DMCA safe harbor.

You may contact me at RIAA, 1000 F Street NW, 2nd Floor, Washington, D.C. 20004, Tel. (202) 775-0101, or by e-mail at antipiracy@riaa.com, to discuss this notice. We await your response.

Sincerely,
Alissa Hayward

1

Online Content Protection
RIAA

http://www7.iplusfree.org/alicia-keys-love-looks-better-pre-single-itunes-plus-aac-m4a/ alicia keys - love looks better
http://www7.iplusfree.org/big-sean-detroit-2-itunes-plus-aac-m4a/ big sean - detroit 2
http://www7.iplusfree.org/david-guetta-sia-lets-love-single-itunes-plus-aac-m4a/ david guetta & sia - let s love

**Natalia Ermakova**

| | |
|---|---|
| **From:** | RIAA Antipiracy <antipiracy@riaa.com> |
| **Sent:** | Monday, September 28, 2020 12:49 PM |
| **To:** | abuse@cloudflare.com |
| **Subject:** | Unauthorized Sound Recordings (REF: E17-405971601322515) |

September 28, 2020

Douploads.net
Cloudflare
LeaseWeb Netherlands B.V.

E17-405971601322515

Dear Sir or Madam:

I am contacting you on behalf of the Recording Industry Association of America, Inc. (RIAA) and its member record companies. The RIAA is a trade association whose member companies create, manufacture and distribute approximately eighty-five (85) percent of all legitimate sound recordings sold in the United States. Under penalty of perjury, we submit that the RIAA is authorized to act on behalf of its member companies on matters involving the infringement of their sound recordings, including enforcing their copyrights and common law rights on the Internet, and including with respect to the copyrighted works identified below.

We have learned that your service is operating and/or hosting the below-referenced infringing web site(s) on its network. These site(s) are offering files containing sound recordings which are owned by one or more of our member companies and have not been authorized for this kind of use, including without limitation those referenced at the URL(s) below. We have a good faith belief that this activity is not authorized by the copyright owner, its agent, or the law. We assert that the information in this notification is accurate, based upon the data available to us.

We are asking for your immediate assistance in stopping this unauthorized activity. Specifically, we request that you remove the files from your system, including any mirrored or duplicate copies of those files, and/or that you disable all access to the infringing files and associated links, and that you inform the uploader/s and/or site operator(s), as applicable, of the illegality of his or her conduct.

We also ask that you consider the widespread and repeated infringing nature of the uploader(s) and/or site operator(s)' conduct (as applicable), and whether that conduct violates your terms of service and/or your company's repeat infringer policy.

This e-mail does not constitute a waiver of any right to recover damages incurred by virtue of any such unauthorized activities, and such rights as well as claims for other relief are expressly retained. In addition, our use of your service's required notice form, if applicable, is merely meant to facilitate removal of the infringing material listed below and is not meant to suggest or imply that your activities and services are within the scope of the DMCA safe harbor.

You may contact me at RIAA, 1000 F Street NW, 2nd Floor, Washington, D.C. 20004, Tel. (202) 775-0101, or by e-mail at antipiracy@riaa.com, to discuss this notice. We await your response.

Sincerely,
Alissa Hayward

1

Online Content Protection
RIAA

https://douploads.net/kow2kh02auo1 24kgoldn - mood
http://douploads.net/1l9oqtj6nk6c alexander 23 - caught in the middle

**Natalia Ermakova**

| | |
|---|---|
| **From:** | RIAA Antipiracy <antipiracy@riaa.com> |
| **Sent:** | Monday, September 28, 2020 12:36 PM |
| **To:** | abuse@cloudflare.com |
| **Subject:** | Unauthorized Sound Recordings (REF: E17-412671601321758) |

September 28, 2020

Mp3global.org
Cloudflare
Contabo GmbH

E17-412671601321758

Dear Sir or Madam:

I am contacting you on behalf of the Recording Industry Association of America, Inc. (RIAA) and its member record companies. The RIAA is a trade association whose member companies create, manufacture and distribute approximately eighty-five (85) percent of all legitimate sound recordings sold in the United States. Under penalty of perjury, we submit that the RIAA is authorized to act on behalf of its member companies on matters involving the infringement of their sound recordings, including enforcing their copyrights and common law rights on the Internet, and including with respect to the copyrighted works identified below.

We have learned that your service is operating and/or hosting the below-referenced infringing web site(s) on its network. These site(s) are offering files containing sound recordings which are owned by one or more of our member companies and have not been authorized for this kind of use, including without limitation those referenced at the URL(s) below. We have a good faith belief that this activity is not authorized by the copyright owner, its agent, or the law. We assert that the information in this notification is accurate, based upon the data available to us.

We are asking for your immediate assistance in stopping this unauthorized activity. Specifically, we request that you remove the files from your system, including any mirrored or duplicate copies of those files, and/or that you disable all access to the infringing files and associated links, and that you inform the uploader/s and/or site operator(s), as applicable, of the illegality of his or her conduct.

We also ask that you consider the widespread and repeated infringing nature of the uploader(s) and/or site operator(s)' conduct (as applicable), and whether that conduct violates your terms of service and/or your company's repeat infringer policy.

This e-mail does not constitute a waiver of any right to recover damages incurred by virtue of any such unauthorized activities, and such rights as well as claims for other relief are expressly retained. In addition, our use of your service's required notice form, if applicable, is merely meant to facilitate removal of the infringing material listed below and is not meant to suggest or imply that your activities and services are within the scope of the DMCA safe harbor.

You may contact me at RIAA, 1000 F Street NW, 2nd Floor, Washington, D.C. 20004, Tel. (202) 775-0101, or by e-mail at antipiracy@riaa.com, to discuss this notice. We await your response.

Sincerely,
Alissa Hayward

1

Online Content Protection
RIAA


https://mp3global.org/download/cardi-b-wap-ft-megan-thee-stallion/ cardi b - wap
https://mp3global.org/download/doja-cat-freak/ doja cat - freak
https://mp3global.org/download/drake-laugh-now-cry-later-ft-lil-durk/ drake - laugh now cry later

**Natalia Ermakova**

| | |
|---|---|
| **From:** | RIAA Antipiracy <antipiracy@riaa.com> |
| **Sent:** | Monday, September 28, 2020 12:39 PM |
| **To:** | abuse@cloudflare.com |
| **Subject:** | Unauthorized Sound Recordings (REF: E17-416611601321958) |

September 28, 2020

Songslover.cam
Cloudflare
Datacamp Limited

E17-416611601321958

Dear Sir or Madam:

I am contacting you on behalf of the Recording Industry Association of America, Inc. (RIAA) and its member record companies. The RIAA is a trade association whose member companies create, manufacture and distribute approximately eighty-five (85) percent of all legitimate sound recordings sold in the United States. Under penalty of perjury, we submit that the RIAA is authorized to act on behalf of its member companies on matters involving the infringement of their sound recordings, including enforcing their copyrights and common law rights on the Internet, and including with respect to the copyrighted works identified below.

We have learned that your service is operating and/or hosting the below-referenced infringing web site(s) on its network. These site(s) are offering files containing sound recordings which are owned by one or more of our member companies and have not been authorized for this kind of use, including without limitation those referenced at the URL(s) below. We have a good faith belief that this activity is not authorized by the copyright owner, its agent, or the law. We assert that the information in this notification is accurate, based upon the data available to us.

We are asking for your immediate assistance in stopping this unauthorized activity. Specifically, we request that you remove the files from your system, including any mirrored or duplicate copies of those files, and/or that you disable all access to the infringing files and associated links, and that you inform the uploader/s and/or site operator(s), as applicable, of the illegality of his or her conduct.

We also ask that you consider the widespread and repeated infringing nature of the uploader(s) and/or site operator(s)' conduct (as applicable), and whether that conduct violates your terms of service and/or your company's repeat infringer policy.

This e-mail does not constitute a waiver of any right to recover damages incurred by virtue of any such unauthorized activities, and such rights as well as claims for other relief are expressly retained. In addition, our use of your service's required notice form, if applicable, is merely meant to facilitate removal of the infringing material listed below and is not meant to suggest or imply that your activities and services are within the scope of the DMCA safe harbor.

You may contact me at RIAA, 1000 F Street NW, 2nd Floor, Washington, D.C. 20004, Tel. (202) 775-0101, or by e-mail at antipiracy@riaa.com, to discuss this notice. We await your response.

Sincerely,
Alissa Hayward

1

Online Content Protection
RIAA


https://songslover.cam/tracks/drake-laugh-now-cry-later-feat-lil-durk.html drake - laugh now cry later
https://songslover.cam/tracks/dua-lipa-physical-feat-hwasa.html dua lipa - physical
https://songslover.cam/albums/harry-styles-fine-line.html harry styles - fine line

**Natalia Ermakova**

| | |
|---|---|
| **From:** | RIAA Antipiracy <antipiracy@riaa.com> |
| **Sent:** | Monday, September 28, 2020 12:41 PM |
| **To:** | abuse@cloudflare.com |
| **Subject:** | Unauthorized Sound Recordings (REF: E17-417111601322071) |

September 28, 2020

Hd24bit.com
Cloudflare
First Colo GmbH

E17-417111601322071

Dear Sir or Madam:

I am contacting you on behalf of the Recording Industry Association of America, Inc. (RIAA) and its member record companies. The RIAA is a trade association whose member companies create, manufacture and distribute approximately eighty-five (85) percent of all legitimate sound recordings sold in the United States. Under penalty of perjury, we submit that the RIAA is authorized to act on behalf of its member companies on matters involving the infringement of their sound recordings, including enforcing their copyrights and common law rights on the Internet, and including with respect to the copyrighted works identified below.

We have learned that your service is operating and/or hosting the below-referenced infringing web site(s) on its network. These site(s) are offering files containing sound recordings which are owned by one or more of our member companies and have not been authorized for this kind of use, including without limitation those referenced at the URL(s) below. We have a good faith belief that this activity is not authorized by the copyright owner, its agent, or the law. We assert that the information in this notification is accurate, based upon the data available to us.

We are asking for your immediate assistance in stopping this unauthorized activity. Specifically, we request that you remove the files from your system, including any mirrored or duplicate copies of those files, and/or that you disable all access to the infringing files and associated links, and that you inform the uploader/s and/or site operator(s), as applicable, of the illegality of his or her conduct.

We also ask that you consider the widespread and repeated infringing nature of the uploader(s) and/or site operator(s)' conduct (as applicable), and whether that conduct violates your terms of service and/or your company's repeat infringer policy.

This e-mail does not constitute a waiver of any right to recover damages incurred by virtue of any such unauthorized activities, and such rights as well as claims for other relief are expressly retained. In addition, our use of your service's required notice form, if applicable, is merely meant to facilitate removal of the infringing material listed below and is not meant to suggest or imply that your activities and services are within the scope of the DMCA safe harbor.

You may contact me at RIAA, 1000 F Street NW, 2nd Floor, Washington, D.C. 20004, Tel. (202) 775-0101, or by e-mail at antipiracy@riaa.com, to discuss this notice. We await your response.

Sincerely,
Alissa Hayward

1

Online Content Protection
RIAA

https://hd24bit.com/96690-drake-toosie-slide-2020-hi-res-stereo-single.html drake - toosie slide
https://hd24bit.com/99609-dua-lipa-break-my-heart-2020-hi-res-stereo-single.html dua lipa - break my heart
https://hd24bit.com/57367-khalid-my-bad-2019-single.html khalid - my bad

**Natalia Ermakova**

| | |
|---|---|
| **From:** | RIAA Antipiracy <antipiracy@riaa.com> |
| **Sent:** | Monday, September 28, 2020 12:38 PM |
| **To:** | abuse@cloudflare.com |
| **Subject:** | Unauthorized Sound Recordings (REF: E17-422231601321859) |

September 28, 2020

Sanet.ws
Cloudflare
Flokinet Ltd

E17-422231601321859

Dear Sir or Madam:

I am contacting you on behalf of the Recording Industry Association of America, Inc. (RIAA) and its member record companies. The RIAA is a trade association whose member companies create, manufacture and distribute approximately eighty-five (85) percent of all legitimate sound recordings sold in the United States. Under penalty of perjury, we submit that the RIAA is authorized to act on behalf of its member companies on matters involving the infringement of their sound recordings, including enforcing their copyrights and common law rights on the Internet, and including with respect to the copyrighted works identified below.

We have learned that your service is operating and/or hosting the below-referenced infringing web site(s) on its network. These site(s) are offering files containing sound recordings which are owned by one or more of our member companies and have not been authorized for this kind of use, including without limitation those referenced at the URL(s) below. We have a good faith belief that this activity is not authorized by the copyright owner, its agent, or the law. We assert that the information in this notification is accurate, based upon the data available to us.

We are asking for your immediate assistance in stopping this unauthorized activity. Specifically, we request that you remove the files from your system, including any mirrored or duplicate copies of those files, and/or that you disable all access to the infringing files and associated links, and that you inform the uploader/s and/or site operator(s), as applicable, of the illegality of his or her conduct.

We also ask that you consider the widespread and repeated infringing nature of the uploader(s) and/or site operator(s)' conduct (as applicable), and whether that conduct violates your terms of service and/or your company's repeat infringer policy.

This e-mail does not constitute a waiver of any right to recover damages incurred by virtue of any such unauthorized activities, and such rights as well as claims for other relief are expressly retained. In addition, our use of your service's required notice form, if applicable, is merely meant to facilitate removal of the infringing material listed below and is not meant to suggest or imply that your activities and services are within the scope of the DMCA safe harbor.

You may contact me at RIAA, 1000 F Street NW, 2nd Floor, Washington, D.C. 20004, Tel. (202) 775-0101, or by e-mail at antipiracy@riaa.com, to discuss this notice. We await your response.

Sincerely,
Alissa Hayward

1

Online Content Protection
RIAA

https://sanet.ws/blogs/musicsazoon/drake_essentials.3291090.html drake - god s plan
https://sanet.ws/blogs/musiclove/dua_lipa_future_nostalgia_flac.3301598.html dua lipa - future nostaligia
https://sanet.ws/blogs/delpotromusic/harry_styles_fine_line_cd_rip.3285436.html harry styles - fine line

2

**Natalia Ermakova**

| | |
|---|---|
| **From:** | RIAA Antipiracy <antipiracy@riaa.com> |
| **Sent:** | Monday, September 28, 2020 12:30 PM |
| **To:** | abuse@cloudflare.com |
| **Subject:** | Unauthorized Sound Recordings (REF: E17-425681601321361) |

September 28, 2020

Topmusic.uno
Cloudflare
Fishnet Communications LLC

E17-425681601321361

Dear Sir or Madam:

I am contacting you on behalf of the Recording Industry Association of America, Inc. (RIAA) and its member record companies. The RIAA is a trade association whose member companies create, manufacture and distribute approximately eighty-five (85) percent of all legitimate sound recordings sold in the United States. Under penalty of perjury, we submit that the RIAA is authorized to act on behalf of its member companies on matters involving the infringement of their sound recordings, including enforcing their copyrights and common law rights on the Internet, and including with respect to the copyrighted works identified below.

We have learned that your service is operating and/or hosting the below-referenced infringing web site(s) on its network. These site(s) are offering files containing sound recordings which are owned by one or more of our member companies and have not been authorized for this kind of use, including without limitation those referenced at the URL(s) below. We have a good faith belief that this activity is not authorized by the copyright owner, its agent, or the law. We assert that the information in this notification is accurate, based upon the data available to us.

We are asking for your immediate assistance in stopping this unauthorized activity. Specifically, we request that you remove the files from your system, including any mirrored or duplicate copies of those files, and/or that you disable all access to the infringing files and associated links, and that you inform the uploader/s and/or site operator(s), as applicable, of the illegality of his or her conduct.

We also ask that you consider the widespread and repeated infringing nature of the uploader(s) and/or site operator(s)' conduct (as applicable), and whether that conduct violates your terms of service and/or your company's repeat infringer policy.

This e-mail does not constitute a waiver of any right to recover damages incurred by virtue of any such unauthorized activities, and such rights as well as claims for other relief are expressly retained. In addition, our use of your service's required notice form, if applicable, is merely meant to facilitate removal of the infringing material listed below and is not meant to suggest or imply that your activities and services are within the scope of the DMCA safe harbor.

You may contact me at RIAA, 1000 F Street NW, 2nd Floor, Washington, D.C. 20004, Tel. (202) 775-0101, or by e-mail at antipiracy@riaa.com, to discuss this notice. We await your response.

Sincerely,
Alissa Hayward

1

Online Content Protection
RIAA

https://topmusic.uno/dua-lipa-club-future-nostalgia-2020/ dua lipa - future nostalgia
https://topmusic.uno/mariah-carey-always-be-my-baby-ep-remastered-2020/ mariah carey - always be my baby
https://topmusic.uno/taylor-swift-folklore-the-escapism-chapter-ep-2020/ taylor swift - folklore the escapism chapter

2

**Natalia Ermakova**

| | |
|---|---|
| **From:** | RIAA Antipiracy <antipiracy@riaa.com> |
| **Sent:** | Monday, September 28, 2020 12:30 PM |
| **To:** | abuse@cloudflare.com |
| **Subject:** | Unauthorized Sound Recordings (REF: E17-425681601321361) |

September 28, 2020

Topmusic.uno
Cloudflare
Fishnet Communications LLC

E17-425681601321361

Dear Sir or Madam:

I am contacting you on behalf of the Recording Industry Association of America, Inc. (RIAA) and its member record companies. The RIAA is a trade association whose member companies create, manufacture and distribute approximately eighty-five (85) percent of all legitimate sound recordings sold in the United States. Under penalty of perjury, we submit that the RIAA is authorized to act on behalf of its member companies on matters involving the infringement of their sound recordings, including enforcing their copyrights and common law rights on the Internet, and including with respect to the copyrighted works identified below.

We have learned that your service is operating and/or hosting the below-referenced infringing web site(s) on its network. These site(s) are offering files containing sound recordings which are owned by one or more of our member companies and have not been authorized for this kind of use, including without limitation those referenced at the URL(s) below. We have a good faith belief that this activity is not authorized by the copyright owner, its agent, or the law. We assert that the information in this notification is accurate, based upon the data available to us.

We are asking for your immediate assistance in stopping this unauthorized activity. Specifically, we request that you remove the files from your system, including any mirrored or duplicate copies of those files, and/or that you disable all access to the infringing files and associated links, and that you inform the uploader/s and/or site operator(s), as applicable, of the illegality of his or her conduct.

We also ask that you consider the widespread and repeated infringing nature of the uploader(s) and/or site operator(s)' conduct (as applicable), and whether that conduct violates your terms of service and/or your company's repeat infringer policy.

This e-mail does not constitute a waiver of any right to recover damages incurred by virtue of any such unauthorized activities, and such rights as well as claims for other relief are expressly retained. In addition, our use of your service's required notice form, if applicable, is merely meant to facilitate removal of the infringing material listed below and is not meant to suggest or imply that your activities and services are within the scope of the DMCA safe harbor.

You may contact me at RIAA, 1000 F Street NW, 2nd Floor, Washington, D.C. 20004, Tel. (202) 775-0101, or by e-mail at antipiracy@riaa.com, to discuss this notice. We await your response.

Sincerely,
Alissa Hayward

Online Content Protection
RIAA

https://topmusic.uno/dua-lipa-club-future-nostalgia-2020/ dua lipa - future nostalgia
https://topmusic.uno/mariah-carey-always-be-my-baby-ep-remastered-2020/ mariah carey - always be my baby
https://topmusic.uno/taylor-swift-folklore-the-escapism-chapter-ep-2020/ taylor swift - folklore the escapism chapter

**Natalia Ermakova**

| | |
|---|---|
| **From:** | RIAA Antipiracy <antipiracy@riaa.com> |
| **Sent:** | Monday, September 28, 2020 12:26 PM |
| **To:** | abuse@cloudflare.com |
| **Subject:** | Unauthorized Sound Recordings (REF: E17-427631601321095) |

September 28, 2020

Ddownload.com
Cloudflare
Network Dedicated SAS

E17-427631601321095

Dear Sir or Madam:

I am contacting you on behalf of the Recording Industry Association of America, Inc. (RIAA) and its member record companies. The RIAA is a trade association whose member companies create, manufacture and distribute approximately eighty-five (85) percent of all legitimate sound recordings sold in the United States. Under penalty of perjury, we submit that the RIAA is authorized to act on behalf of its member companies on matters involving the infringement of their sound recordings, including enforcing their copyrights and common law rights on the Internet, and including with respect to the copyrighted works identified below.

We have learned that your service is operating and/or hosting the below-referenced infringing web site(s) on its network. These site(s) are offering files containing sound recordings which are owned by one or more of our member companies and have not been authorized for this kind of use, including without limitation those referenced at the URL(s) below. We have a good faith belief that this activity is not authorized by the copyright owner, its agent, or the law. We assert that the information in this notification is accurate, based upon the data available to us.

We are asking for your immediate assistance in stopping this unauthorized activity. Specifically, we request that you remove the files from your system, including any mirrored or duplicate copies of those files, and/or that you disable all access to the infringing files and associated links, and that you inform the uploader/s and/or site operator(s), as applicable, of the illegality of his or her conduct.

We also ask that you consider the widespread and repeated infringing nature of the uploader(s) and/or site operator(s)' conduct (as applicable), and whether that conduct violates your terms of service and/or your company's repeat infringer policy.

This e-mail does not constitute a waiver of any right to recover damages incurred by virtue of any such unauthorized activities, and such rights as well as claims for other relief are expressly retained. In addition, our use of your service's required notice form, if applicable, is merely meant to facilitate removal of the infringing material listed below and is not meant to suggest or imply that your activities and services are within the scope of the DMCA safe harbor.

You may contact me at RIAA, 1000 F Street NW, 2nd Floor, Washington, D.C. 20004, Tel. (202) 775-0101, or by e-mail at antipiracy@riaa.com, to discuss this notice. We await your response.

Sincerely,
Alissa Hayward

1

Online Content Protection
RIAA


https://ddownload.com/0fc12noj2auv a boogie wit da hoodie - swervin
https://ddownload.com/crsaammqdns3?dl=PPE45HpQ bryson tiller - inhale
https://ddownload.com/wbp8rjap1k4k coi leray - better days

2

**Natalia Ermakova**

| | |
|---|---|
| **From:** | RIAA Antipiracy <antipiracy@riaa.com> |
| **Sent:** | Monday, September 28, 2020 12:16 PM |
| **To:** | abuse@cloudflare.com |
| **Subject:** | Unauthorized Sound Recordings (REF: E17-431891601320554) |

September 28, 2020

Rnbxclusive.vip
Cloudflare
Contabo GmbH

E17-431891601320554

Dear Sir or Madam:

I am contacting you on behalf of the Recording Industry Association of America, Inc. (RIAA) and its member record companies. The RIAA is a trade association whose member companies create, manufacture and distribute approximately eighty-five (85) percent of all legitimate sound recordings sold in the United States. Under penalty of perjury, we submit that the RIAA is authorized to act on behalf of its member companies on matters involving the infringement of their sound recordings, including enforcing their copyrights and common law rights on the Internet, and including with respect to the copyrighted works identified below.

We have learned that your service is operating and/or hosting the below-referenced infringing web site(s) on its network. These site(s) are offering files containing sound recordings which are owned by one or more of our member companies and have not been authorized for this kind of use, including without limitation those referenced at the URL(s) below. We have a good faith belief that this activity is not authorized by the copyright owner, its agent, or the law. We assert that the information in this notification is accurate, based upon the data available to us.

We are asking for your immediate assistance in stopping this unauthorized activity. Specifically, we request that you remove the files from your system, including any mirrored or duplicate copies of those files, and/or that you disable all access to the infringing files and associated links, and that you inform the uploader/s and/or site operator(s), as applicable, of the illegality of his or her conduct.

We also ask that you consider the widespread and repeated infringing nature of the uploader(s) and/or site operator(s)' conduct (as applicable), and whether that conduct violates your terms of service and/or your company's repeat infringer policy.

This e-mail does not constitute a waiver of any right to recover damages incurred by virtue of any such unauthorized activities, and such rights as well as claims for other relief are expressly retained. In addition, our use of your service's required notice form, if applicable, is merely meant to facilitate removal of the infringing material listed below and is not meant to suggest or imply that your activities and services are within the scope of the DMCA safe harbor.

You may contact me at RIAA, 1000 F Street NW, 2nd Floor, Washington, D.C. 20004, Tel. (202) 775-0101, or by e-mail at antipiracy@riaa.com, to discuss this notice. We await your response.

Sincerely,
Alissa Hayward

1

Online Content Protection       .
RIAA


https://rnbxclusive.vip/drake-laugh-now-cry-later-feat-lil-durk-cdq-itunes/ drake - laugh now cry later
https://rnbxclusive.vip/ed-sheeran-south-of-the-border-feat-camila-cabello-acoustic-cdq-itunes/ ed sheeran - south of
the border
https://rnbxclusive.vip/little-mix-holiday-cdq-itunes/ little mix - holiday                    .

**Natalia Ermakova**

| | |
|---|---|
| **From:** | RIAA Antipiracy <antipiracy@riaa.com> |
| **Sent:** | Monday, September 28, 2020 12:37 PM |
| **To:** | abuse@cloudflare.com |
| **Subject:** | Unauthorized Sound Recordings (REF: E17-448181601321805) |

September 28, 2020

Xclusivejams.nl
Cloudflare
FranTech Solutions

E17-448181601321805

Dear Sir or Madam:

I am contacting you on behalf of the Recording Industry Association of America, Inc. (RIAA) and its member record companies. The RIAA is a trade association whose member companies create, manufacture and distribute approximately eighty-five (85) percent of all legitimate sound recordings sold in the United States. Under penalty of perjury, we submit that the RIAA is authorized to act on behalf of its member companies on matters involving the infringement of their sound recordings, including enforcing their copyrights and common law rights on the Internet, and including with respect to the copyrighted works identified below.

We have learned that your service is operating and/or hosting the below-referenced infringing web site(s) on its network. These site(s) are offering files containing sound recordings which are owned by one or more of our member companies and have not been authorized for this kind of use, including without limitation those referenced at the URL(s) below. We have a good faith belief that this activity is not authorized by the copyright owner, its agent, or the law. We assert that the information in this notification is accurate, based upon the data available to us.

We are asking for your immediate assistance in stopping this unauthorized activity. Specifically, we request that you remove the files from your system, including any mirrored or duplicate copies of those files, and/or that you disable all access to the infringing files and associated links, and that you inform the uploader/s and/or site operator(s), as applicable, of the illegality of his or her conduct.

We also ask that you consider the widespread and repeated infringing nature of the uploader(s) and/or site operator(s)' conduct (as applicable), and whether that conduct violates your terms of service and/or your company's repeat infringer policy.

This e-mail does not constitute a waiver of any right to recover damages incurred by virtue of any such unauthorized activities, and such rights as well as claims for other relief are expressly retained. In addition, our use of your service's required notice form, if applicable, is merely meant to facilitate removal of the infringing material listed below and is not meant to suggest or imply that your activities and services are within the scope of the DMCA safe harbor.

You may contact me at RIAA, 1000 F Street NW, 2nd Floor, Washington, D.C. 20004, Tel. (202) 775-0101, or by e-mail at antipiracy@riaa.com, to discuss this notice. We await your response.

Sincerely,
Alissa Hayward

1

Online Content Protection
RIAA

https://www.xclusivejams.nl/album-big-sean-detroit-2-itunes-plus-aac-m4a-61110.html big sean - detroit 2
https://www.xclusivejams.nl/little-mix-holiday-single-itunes-plus-aac-m4a-59728.html little mix - holiday
https://www.xclusivejams.nl/madonna-human-nature-itunes-plus-m4a-60986.html madonna - human nature

2

**Natalia Ermakova**

| | |
|---|---|
| **From:** | RIAA Antipiracy <antipiracy@riaa.com> |
| **Sent:** | Monday, September 28, 2020 12:45 PM |
| **To:** | abuse@cloudflare.com |
| **Subject:** | Unauthorized Sound Recordings (REF: E17-449751601322265) |

September 28, 2020

Discografiaspormega.com
Cloudflare

E17-449751601322265

Dear Sir or Madam:

I am contacting you on behalf of the Recording Industry Association of America, Inc. (RIAA) and its member record companies. The RIAA is a trade association whose member companies create, manufacture and distribute approximately eighty-five (85) percent of all legitimate sound recordings sold in the United States. Under penalty of perjury, we submit that the RIAA is authorized to act on behalf of its member companies on matters involving the infringement of their sound recordings, including enforcing their copyrights and common law rights on the Internet, and including with respect to the copyrighted works identified below.

We have learned that your service is operating and/or hosting the below-referenced infringing web site(s) on its network. These site(s) are offering files containing sound recordings which are owned by one or more of our member companies and have not been authorized for this kind of use, including without limitation those referenced at the URL(s) below. We have a good faith belief that this activity is not authorized by the copyright owner, its agent, or the law. We assert that the information in this notification is accurate, based upon the data available to us.

We are asking for your immediate assistance in stopping this unauthorized activity. Specifically, we request that you remove the files from your system, including any mirrored or duplicate copies of those files, and/or that you disable all access to the infringing files and associated links, and that you inform the uploader/s and/or site operator(s), as applicable, of the illegality of his or her conduct.

We also ask that you consider the widespread and repeated infringing nature of the uploader(s) and/or site operator(s)' conduct (as applicable), and whether that conduct violates your terms of service and/or your company's repeat infringer policy.

This e-mail does not constitute a waiver of any right to recover damages incurred by virtue of any such unauthorized activities, and such rights as well as claims for other relief are expressly retained. In addition, our use of your service's required notice form, if applicable, is merely meant to facilitate removal of the infringing material listed below and is not meant to suggest or imply that your activities and services are within the scope of the DMCA safe harbor.

You may contact me at RIAA, 1000 F Street NW, 2nd Floor, Washington, D.C. 20004, Tel. (202) 775-0101, or by e-mail at antipiracy@riaa.com, to discuss this notice. We await your response.

Sincerely,
Alissa Hayward

1

Online Content Protection
RIAA

https://www.discografiaspormega.com/discografia-camila-cabello-mega-completa/ camila cabello - camilla
https://www.discografiaspormega.com/discografia-pablo-alboran-mega/ pablo alboran - pablo alboran
https://www.discografiaspormega.com/discografia-sasha-sokol-mega-completa/ sasha sokol - diamante

## Natalia Ermakova

| | |
|---|---|
| **From:** | RIAA Antipiracy <antipiracy@riaa.com> |
| **Sent:** | Monday, September 28, 2020 12:12 PM |
| **To:** | abuse@cloudflare.com |
| **Subject:** | Unauthorized Sound Recordings (REF: I17-283231601320293) |

September 28, 2020

Muzobzor.ru
WorldStream B V

I17-283231601320293

Dear Sir or Madam:

I am contacting you on behalf of the Recording Industry Association of America, Inc. (RIAA) and its member record companies. The RIAA is a trade association whose member companies create, manufacture and distribute approximately eighty-five (85) percent of all legitimate sound recordings sold in the United States. Under penalty of perjury, we submit that the RIAA is authorized to act on behalf of its member companies on matters involving the infringement of their sound recordings, including enforcing their copyrights and common law rights on the Internet, and including with respect to the copyrighted works identified below.

We have learned that your service is operating and/or hosting the below-referenced infringing web site(s) on its network. These site(s) are offering files containing sound recordings which are owned by one or more of our member companies and have not been authorized for this kind of use, including without limitation those referenced at the URL(s) below. We have a good faith belief that this activity is not authorized by the copyright owner, its agent, or the law. We assert that the information in this notification is accurate, based upon the data available to us.

We are asking for your immediate assistance in stopping this unauthorized activity. Specifically, we request that you remove the files from your system, including any mirrored or duplicate copies of those files, and/or that you disable all access to the infringing files and associated links, and that you inform the uploader/s and/or site operator(s), as applicable, of the illegality of his or her conduct.

We also ask that you consider the widespread and repeated infringing nature of the uploader(s) and/or site operator(s)' conduct (as applicable), and whether that conduct violates your terms of service and/or your company's repeat infringer policy.

This e-mail does not constitute a waiver of any right to recover damages incurred by virtue of any such unauthorized activities, and such rights as well as claims for other relief are expressly retained. In addition, our use of your service's required notice form, if applicable, is merely meant to facilitate removal of the infringing material listed below and is not meant to suggest or imply that your activities and services are within the scope of the DMCA safe harbor.

You may contact me at RIAA, 1000 F Street NW, 2nd Floor, Washington, D.C. 20004, Tel. (202) 775-0101, or by e-mail at antipiracy@riaa.com, to discuss this notice. We await your response.

Sincerely,
Alissa Hayward

1

· Online Content Protection
  RIAA


https://muzobzor.ru/clip?id=Zj2cK8wymlA cardi b - money
https://muzobzor.ru/clip?id=7LnBvuzjpr4 drake - energy
https://muzobzor.ru/clip?id=VF-r5TtlT9w harry styles - adore you

2

**Natalia Ermakova**

| | |
|---|---|
| **From:** | RIAA Antipiracy <antipiracy@riaa.com> |
| **Sent:** | Monday, September 28, 2020 12:49 PM |
| **To:** | abuse@cloudflare.com |
| **Subject:** | Unauthorized Sound Recordings (REF: I17-314371601322549) |

September 28, 2020

Ghanamotion.com
Cloudflare
OVH SAS

I17-314371601322549

Dear Sir or Madam:

I am contacting you on behalf of the Recording Industry Association of America, Inc. (RIAA) and its member record companies. The RIAA is a trade association whose member companies create, manufacture and distribute approximately eighty-five (85) percent of all legitimate sound recordings sold in the United States. Under penalty of perjury, we submit that the RIAA is authorized to act on behalf of its member companies on matters involving the infringement of their sound recordings, including enforcing their copyrights and common law rights on the Internet, and including with respect to the copyrighted works identified below.

We have learned that your service is operating and/or hosting the below-referenced infringing web site(s) on its network. These site(s) are offering files containing sound recordings which are owned by one or more of our member companies and have not been authorized for this kind of use, including without limitation those referenced at the URL(s) below. We have a good faith belief that this activity is not authorized by the copyright owner, its agent, or the law. We assert that the information in this notification is accurate, based upon the data available to us.

We are asking for your immediate assistance in stopping this unauthorized activity. Specifically, we request that you remove the files from your system, including any mirrored or duplicate copies of those files, and/or that you disable all access to the infringing files and associated links, and that you inform the uploader/s and/or site operator(s), as applicable, of the illegality of his or her conduct.

We also ask that you consider the widespread and repeated infringing nature of the uploader(s) and/or site operator(s)' conduct (as applicable), and whether that conduct violates your terms of service and/or your company's repeat infringer policy.

This e-mail does not constitute a waiver of any right to recover damages incurred by virtue of any such unauthorized activities, and such rights as well as claims for other relief are expressly retained. In addition, our use of your service's required notice form, if applicable, is merely meant to facilitate removal of the infringing material listed below and is not meant to suggest or imply that your activities and services are within the scope of the DMCA safe harbor.

You may contact me at RIAA, 1000 F Street NW, 2nd Floor, Washington, D.C. 20004, Tel. (202) 775-0101, or by e-mail at antipiracy@riaa.com, to discuss this notice. We await your response.

Sincerely,
Alissa Hayward

1

Online Content Protection
RIAA

https://www.ghanamotion.com/burna-boy-pull-up/ burna boy - pull up
https://www.ghanamotion.com/wizkid-master-groove/ wizkid - master groove

**Natalia Ermakova**

| | |
|---|---|
| **From:** | RIAA Antipiracy <Antipiracy@riaa.com> |
| **Sent:** | Monday, September 28, 2020 1:10 PM |
| **To:** | CloudFlare Trust & Safety |
| **Subject:** | Unauthorized Sound Recordings (REF: I17-370021601322308) |

September 28, 2020

Hiphopde.com
Cloudflare
Contabo GmbH

I17-370021601322308

Dear Sir or Madam:

I am contacting you on behalf of the Recording Industry Association of America, Inc. (RIAA) and its member record companies. The RIAA is a trade association whose member companies create, manufacture and distribute approximately eighty-five (85) percent of all legitimate sound recordings sold in the United States. Under penalty of perjury, we submit that the RIAA is authorized to act on behalf of its member companies on matters involving the infringement of their sound recordings, including enforcing their copyrights and common law rights on the Internet, and including with respect to the copyrighted works identified below.

We have learned that your service is operating and/or hosting the below-referenced infringing web site(s) on its network. These site(s) are offering files containing sound recordings which are owned by one or more of our member companies and have not been authorized for this kind of use, including without limitation those referenced at the URL(s) below. We have a good faith belief that this activity is not authorized by the copyright owner, its agent, or the law. We assert that the information in this notification is accurate, based upon the data available to us.

We are asking for your immediate assistance in stopping this unauthorized activity. Specifically, we request that you remove the files from your system, including any mirrored or duplicate copies of those files, and/or that you disable all access to the infringing files and associated links, and that you inform the uploader/s and/or site operator(s), as applicable, of the illegality of his or her conduct.

We also ask that you consider the widespread and repeated infringing nature of the uploader(s) and/or site operator(s)' conduct (as applicable), and whether that conduct violates your terms of service and/or your company's repeat infringer policy.

This e-mail does not constitute a waiver of any right to recover damages incurred by virtue of any such unauthorized activities, and such rights as well as claims for other relief are expressly retained. In addition, our use of your service's required notice form, if applicable, is merely meant to facilitate removal of the infringing material listed below and is not meant to suggest or imply that your activities and services are within the scope of the DMCA safe harbor.

You may contact me at RIAA, 1000 F Street NW, 2nd Floor, Washington, D.C. 20004, Tel. (202) 775-0101, or by e-mail at antipiracy@riaa.com, to discuss this notice. We await your response.

Sincerely,
Alissa Hayward

1

Online Content Protection
RIAA

https://hiphopde.com/jason-derulo-coincidence/ jason derulo - coincidence
https://hiphopde.com/album-john-legend-bigger-love/ john legend - bigger love
https://hiphopde.com/lady-gaga-fun-tonight/ lady gaga - FUN TONIGHT

## Natalia Ermakova

| | |
|---|---|
| **From:** | RIAA Antipiracy <antipiracy@riaa.com> |
| **Sent:** | Monday, September 28, 2020 12:47 PM |
| **To:** | abuse@cloudflare.com |
| **Subject:** | Unauthorized Sound Recordings (REF: I17-372421601322392) |

September 28, 2020

Listentoyoutube.online
Cloudflare

I17-372421601322392

Dear Sir or Madam:

I am contacting you on behalf of the Recording Industry Association of America, Inc. (RIAA) and its member record companies. The RIAA is a trade association whose member companies create, manufacture and distribute approximately eighty-five (85) percent of all legitimate sound recordings sold in the United States. Under penalty of perjury, we submit that the RIAA is authorized to act on behalf of its member companies on matters involving the infringement of their sound recordings, including enforcing their copyrights and common law rights on the Internet, and including with respect to the copyrighted works identified below.

We have learned that your service is operating and/or hosting the below-referenced infringing web site(s) on its network. These site(s) are offering files containing sound recordings which are owned by one or more of our member companies and have not been authorized for this kind of use, including without limitation those referenced at the URL(s) below. We have a good faith belief that this activity is not authorized by the copyright owner, its agent, or the law. We assert that the information in this notification is accurate, based upon the data available to us.

We are asking for your immediate assistance in stopping this unauthorized activity. Specifically, we request that you remove the files from your system, including any mirrored or duplicate copies of those files, and/or that you disable all access to the infringing files and associated links, and that you inform the uploader/s and/or site operator(s), as applicable, of the illegality of his or her conduct.

We also ask that you consider the widespread and repeated infringing nature of the uploader(s) and/or site operator(s)' conduct (as applicable), and whether that conduct violates your terms of service and/or your company's repeat infringer policy.

This e-mail does not constitute a waiver of any right to recover damages incurred by virtue of any such unauthorized activities, and such rights as well as claims for other relief are expressly retained. In addition, our use of your service's required notice form, if applicable, is merely meant to facilitate removal of the infringing material listed below and is not meant to suggest or imply that your activities and services are within the scope of the DMCA safe harbor.

You may contact me at RIAA, 1000 F Street NW, 2nd Floor, Washington, D.C. 20004, Tel. (202) 775-0101, or by e-mail at antipiracy@riaa.com, to discuss this notice. We await your response.

Sincerely,
Alissa Hayward

1

Online Content Protection
RIAA

https://listentoyoutube.online/v9/?youtube-url=https://youtu.be/xkmgcvr5Ezc baltimora - tarzan boy
https://listentoyoutube.online/v9/?youtube-url=https://youtu.be/2ySLmwsfP4Q benjamin orr - stay the night
https://listentoyoutube.online/v9/?youtube-url=https://youtu.be/DCkJ5lGPqFs daryl hall john oates - out of touch

## Natalia Ermakova

| | |
|---|---|
| **From:** | RIAA Antipiracy <antipiracy@riaa.com> |
| **Sent:** | Monday, September 28, 2020 12:46 PM |
| **To:** | abuse@cloudflare.com |
| **Subject:** | Unauthorized Sound Recordings (REF: I17-433571601322364) |

September 28, 2020

Pluspremieres.to
Cloudflare
Google

I17-433571601322364

Dear Sir or Madam:

I am contacting you on behalf of the Recording Industry Association of America, Inc. (RIAA) and its member record companies. The RIAA is a trade association whose member companies create, manufacture and distribute approximately eighty-five (85) percent of all legitimate sound recordings sold in the United States. Under penalty of perjury, we submit that the RIAA is authorized to act on behalf of its member companies on matters involving the infringement of their sound recordings, including enforcing their copyrights and common law rights on the Internet, and including with respect to the copyrighted works identified below.

We have learned that your service is operating and/or hosting the below-referenced infringing web site(s) on its network. These site(s) are offering files containing sound recordings which are owned by one or more of our member companies and have not been authorized for this kind of use, including without limitation those referenced at the URL(s) below. We have a good faith belief that this activity is not authorized by the copyright owner, its agent, or the law. We assert that the information in this notification is accurate, based upon the data available to us.

We are asking for your immediate assistance in stopping this unauthorized activity. Specifically, we request that you remove the files from your system, including any mirrored or duplicate copies of those files, and/or that you disable all access to the infringing files and associated links, and that you inform the uploader/s and/or site operator(s), as applicable, of the illegality of his or her conduct.

We also ask that you consider the widespread and repeated infringing nature of the uploader(s) and/or site operator(s)' conduct (as applicable), and whether that conduct violates your terms of service and/or your company's repeat infringer policy.

This e-mail does not constitute a waiver of any right to recover damages incurred by virtue of any such unauthorized activities, and such rights as well as claims for other relief are expressly retained. In addition, our use of your service's required notice form, if applicable, is merely meant to facilitate removal of the infringing material listed below and is not meant to suggest or imply that your activities and services are within the scope of the DMCA safe harbor.

You may contact me at RIAA, 1000 F Street NW, 2nd Floor, Washington, D.C. 20004, Tel. (202) 775-0101, or by e-mail at antipiracy@riaa.com, to discuss this notice. We await your response.

Sincerely,
Alissa Hayward

1

Online Content Protection
RIAA

https://www.pluspremieres.to/2020/09/big-sean-wolves-feat-post-malone-single.html?i=31542531 big sean - wolves
https://www.pluspremieres.to/2011/09/gavin-degraw-sweeter.html?i=72592445 gavin degraw - sweeter
https://www.pluspremieres.to/2020/01/mac-miller-circles.html?i=73873087 mac miller - circles

## Natalia Ermakova

| | |
|---|---|
| **From:** | RIAA Antipiracy <antipiracy@riaa.com> |
| **Sent:** | Monday, September 28, 2020 12:39 PM |
| **To:** | abuse@cloudflare.com |
| **Subject:** | Unauthorized Sound Recordings (REF: I17-449741601321910) |

September 28, 2020

Audioz.download
Cloudflare

I17-449741601321910

Dear Sir or Madam:

I am contacting you on behalf of the Recording Industry Association of America, Inc. (RIAA) and its member record companies. The RIAA is a trade association whose member companies create, manufacture and distribute approximately eighty-five (85) percent of all legitimate sound recordings sold in the United States. Under penalty of perjury, we submit that the RIAA is authorized to act on behalf of its member companies on matters involving the infringement of their sound recordings, including enforcing their copyrights and common law rights on the Internet, and including with respect to the copyrighted works identified below.

We have learned that your service is operating and/or hosting the below-referenced infringing web site(s) on its network. These site(s) are offering files containing sound recordings which are owned by one or more of our member companies and have not been authorized for this kind of use, including without limitation those referenced at the URL(s) below. We have a good faith belief that this activity is not authorized by the copyright owner, its agent, or the law. We assert that the information in this notification is accurate, based upon the data available to us.

We are asking for your immediate assistance in stopping this unauthorized activity. Specifically, we request that you remove the files from your system, including any mirrored or duplicate copies of those files, and/or that you disable all access to the infringing files and associated links, and that you inform the uploader/s and/or site operator(s), as applicable, of the illegality of his or her conduct.

We also ask that you consider the widespread and repeated infringing nature of the uploader(s) and/or site operator(s)' conduct (as applicable), and whether that conduct violates your terms of service and/or your company's repeat infringer policy.

This e-mail does not constitute a waiver of any right to recover damages incurred by virtue of any such unauthorized activities, and such rights as well as claims for other relief are expressly retained. In addition, our use of your service's required notice form, if applicable, is merely meant to facilitate removal of the infringing material listed below and is not meant to suggest or imply that your activities and services are within the scope of the DMCA safe harbor.

You may contact me at RIAA, 1000 F Street NW, 2nd Floor, Washington, D.C. 20004, Tel. (202) 775-0101, or by e-mail at antipiracy@riaa.com, to discuss this notice. We await your response.

Sincerely,
Alissa Hayward

Online Content Protection
RIAA

https://audioz.download/samples/multitrack/138344-download_dua-lipa-last-dance-remix-stems.html dua lipa - last
dance
https://audioz.download/samples/multitrack/77270-download_one-direction-steal-my-girl-multitrack-ffs.html one
direction - steal my girl
https://audioz.download/samples/multitrack/135418-download_taylor-swift-we-are-never-ever-getting-back-together-
remix-stems.html taylor swift - we are never ever getting back together

**Natalia Ermakova**

| | |
|---|---|
| **From:** | RIAA Antipiracy <antipiracy@riaa.com> |
| **Sent:** | Monday, September 28, 2020 12:38 PM |
| **To:** | abuse@cloudflare.com |
| **Subject:** | Unauthorized Sound Recordings (REF: I17-449761601321886) |

September 28, 2020

Musiconworldoffmx.com
Cloudflare

I17-449761601321886

Dear Sir or Madam:

I am contacting you on behalf of the Recording Industry Association of America, Inc. (RIAA) and its member record companies. The RIAA is a trade association whose member companies create, manufacture and distribute approximately eighty-five (85) percent of all legitimate sound recordings sold in the United States. Under penalty of perjury, we submit that the RIAA is authorized to act on behalf of its member companies on matters involving the infringement of their sound recordings, including enforcing their copyrights and common law rights on the Internet, and including with respect to the copyrighted works identified below.

We have learned that your service is operating and/or hosting the below-referenced infringing web site(s) on its network. These site(s) are offering files containing sound recordings which are owned by one or more of our member companies and have not been authorized for this kind of use, including without limitation those referenced at the URL(s) below. We have a good faith belief that this activity is not authorized by the copyright owner, its agent, or the law. We assert that the information in this notification is accurate, based upon the data available to us.

We are asking for your immediate assistance in stopping this unauthorized activity. Specifically, we request that you remove the files from your system, including any mirrored or duplicate copies of those files, and/or that you disable all access to the infringing files and associated links, and that you inform the uploader/s and/or site operator(s), as applicable, of the illegality of his or her conduct.

We also ask that you consider the widespread and repeated infringing nature of the uploader(s) and/or site operator(s)' conduct (as applicable), and whether that conduct violates your terms of service and/or your company's repeat infringer policy.

This e-mail does not constitute a waiver of any right to recover damages incurred by virtue of any such unauthorized activities, and such rights as well as claims for other relief are expressly retained. In addition, our use of your service's required notice form, if applicable, is merely meant to facilitate removal of the infringing material listed below and is not meant to suggest or imply that your activities and services are within the scope of the DMCA safe harbor.

You may contact me at RIAA, 1000 F Street NW, 2nd Floor, Washington, D.C. 20004, Tel. (202) 775-0101, or by e-mail at antipiracy@riaa.com, to discuss this notice. We await your response.

Sincerely,
Alissa Hayward

1

Online Content Protection
RIAA

http://musiconworldoffmx.com/discografia-banda-jerez-mega/ banda jerez - dicen que soy borracho
http://musiconworldoffmx.com/discografia-lu-mega/ lu - lu
http://musiconworldoffmx.com/discografia-shakira-mega/ shakira - pies descalzos

2

**Natalia Ermakova**

| | |
|---|---|
| **From:** | RIAA Antipiracy <antipiracy@riaa.com> |
| **Sent:** | Monday, September 28, 2020 12:42 PM |
| **To:** | abuse@cloudflare.com |
| **Subject:** | Unauthorized Sound Recordings (REF: I17-449771601322122) |

September 28, 2020

Notube.net
Cloudflare

I17-449771601322122

Dear Sir or Madam:

I am contacting you on behalf of the Recording Industry Association of America, Inc. (RIAA) and its member record companies. The RIAA is a trade association whose member companies create, manufacture and distribute approximately eighty-five (85) percent of all legitimate sound recordings sold in the United States. Under penalty of perjury, we submit that the RIAA is authorized to act on behalf of its member companies on matters involving the infringement of their sound recordings, including enforcing their copyrights and common law rights on the Internet, and including with respect to the copyrighted works identified below.

We have learned that your service is operating and/or hosting the below-referenced infringing web site(s) on its network. These site(s) are offering files containing sound recordings which are owned by one or more of our member companies and have not been authorized for this kind of use, including without limitation those referenced at the URL(s) below. We have a good faith belief that this activity is not authorized by the copyright owner, its agent, or the law. We assert that the information in this notification is accurate, based upon the data available to us.

We are asking for your immediate assistance in stopping this unauthorized activity. Specifically, we request that you remove the files from your system, including any mirrored or duplicate copies of those files, and/or that you disable all access to the infringing files and associated links, and that you inform the uploader/s and/or site operator(s), as applicable, of the illegality of his or her conduct.

We also ask that you consider the widespread and repeated infringing nature of the uploader(s) and/or site operator(s)' conduct (as applicable), and whether that conduct violates your terms of service and/or your company's repeat infringer policy.

This e-mail does not constitute a waiver of any right to recover damages incurred by virtue of any such unauthorized activities, and such rights as well as claims for other relief are expressly retained. In addition, our use of your service's required notice form, if applicable, is merely meant to facilitate removal of the infringing material listed below and is not meant to suggest or imply that your activities and services are within the scope of the DMCA safe harbor.

You may contact me at RIAA, 1000 F Street NW, 2nd Floor, Washington, D.C. 20004, Tel. (202) 775-0101, or by e-mail at antipiracy@riaa.com, to discuss this notice. We await your response.

Sincerely,
Alissa Hayward

1

Online Content Protection
RIAA

https://notube.net/en/download?token=d7846530b262ff12fc670334aa77337b janelle monae - turntables
https://notube.net/en/download?token=da226c94a54c179a7d730b7b683caae3 laura branigan - self control
https://notube.net/en/download?token=99fc0363da3bf9e8911ee2c801ac2629 taylor swift - ready for it

2

## Natalia Ermakova

| | |
|---|---|
| **From:** | RIAA Antipiracy <antipiracy@riaa.com> |
| **Sent:** | Monday, September 28, 2020 12:42 PM |
| **To:** | abuse@cloudflare.com |
| **Subject:** | Unauthorized Sound Recordings (REF: I17-449781601322093) |

September 28, 2020

Ontiva.com
Cloudflare

I17-449781601322093

Dear Sir or Madam:

I am contacting you on behalf of the Recording Industry Association of America, Inc. (RIAA) and its member record companies. The RIAA is a trade association whose member companies create, manufacture and distribute approximately eighty-five (85) percent of all legitimate sound recordings sold in the United States. Under penalty of perjury, we submit that the RIAA is authorized to act on behalf of its member companies on matters involving the infringement of their sound recordings, including enforcing their copyrights and common law rights on the Internet, and including with respect to the copyrighted works identified below.

We have learned that your service is operating and/or hosting the below-referenced infringing web site(s) on its network. These site(s) are offering files containing sound recordings which are owned by one or more of our member companies and have not been authorized for this kind of use, including without limitation those referenced at the URL(s) below. We have a good faith belief that this activity is not authorized by the copyright owner, its agent, or the law. We assert that the information in this notification is accurate, based upon the data available to us.

We are asking for your immediate assistance in stopping this unauthorized activity. Specifically, we request that you remove the files from your system, including any mirrored or duplicate copies of those files, and/or that you disable all access to the infringing files and associated links, and that you inform the uploader/s and/or site operator(s), as applicable, of the illegality of his or her conduct.

We also ask that you consider the widespread and repeated infringing nature of the uploader(s) and/or site operator(s)' conduct (as applicable), and whether that conduct violates your terms of service and/or your company's repeat infringer policy.

This e-mail does not constitute a waiver of any right to recover damages incurred by virtue of any such unauthorized activities, and such rights as well as claims for other relief are expressly retained. In addition, our use of your service's required notice form, if applicable, is merely meant to facilitate removal of the infringing material listed below and is not meant to suggest or imply that your activities and services are within the scope of the DMCA safe harbor.

You may contact me at RIAA, 1000 F Street NW, 2nd Floor, Washington, D.C. 20004, Tel. (202) 775-0101, or by e-mail at antipiracy@riaa.com, to discuss this notice. We await your response.

Sincerely,
Alissa Hayward

1

Online Content Protection
RIAA

https://ontiva.com/en/watch?v=o0JqC2UDpoE eddie money - i wanna go back
https://ontiva.com/en/watch?v=iPUmE-tne5U katrina & the waves - walking on sunshine
https://ontiva.com/en/watch?v=9SOryJvTAGs the b 52 s - love shack

## Natalia Ermakova

| | |
|---|---|
| **From:** | RIAA Antipiracy <antipiracy@riaa.com> |
| **Sent:** | Monday, September 28, 2020 12:51 PM |
| **To:** | abuse@cloudflare.com |
| **Subject:** | Unauthorized Sound Recordings (REF: I17-449791601322648) |

September 28, 2020

Thesource.to
Cloudflare

I17-449791601322648

Dear Sir or Madam:

I am contacting you on behalf of the Recording Industry Association of America, Inc. (RIAA) and its member record companies. The RIAA is a trade association whose member companies create, manufacture and distribute approximately eighty-five (85) percent of all legitimate sound recordings sold in the United States. Under penalty of perjury, we submit that the RIAA is authorized to act on behalf of its member companies on matters involving the infringement of their sound recordings, including enforcing their copyrights and common law rights on the Internet, and including with respect to the copyrighted works identified below.

We have learned that your service is operating and/or hosting the below-referenced infringing web site(s) on its network. These site(s) are offering files containing sound recordings which are owned by one or more of our member companies and have not been authorized for this kind of use, including without limitation those referenced at the URL(s) below. We have a good faith belief that this activity is not authorized by the copyright owner, its agent, or the law. We assert that the information in this notification is accurate, based upon the data available to us.

We are asking for your immediate assistance in stopping this unauthorized activity. Specifically, we request that you remove the files from your system, including any mirrored or duplicate copies of those files, and/or that you disable all access to the infringing files and associated links, and that you inform the uploader/s and/or site operator(s), as applicable, of the illegality of his or her conduct.

We also ask that you consider the widespread and repeated infringing nature of the uploader(s) and/or site operator(s)' conduct (as applicable), and whether that conduct violates your terms of service and/or your company's repeat infringer policy.

This e-mail does not constitute a waiver of any right to recover damages incurred by virtue of any such unauthorized activities, and such rights as well as claims for other relief are expressly retained. In addition, our use of your service's required notice form, if applicable, is merely meant to facilitate removal of the infringing material listed below and is not meant to suggest or imply that your activities and services are within the scope of the DMCA safe harbor.

You may contact me at RIAA, 1000 F Street NW, 2nd Floor, Washington, D.C. 20004, Tel. (202) 775-0101, or by e-mail at antipiracy@riaa.com, to discuss this notice. We await your response.

Sincerely,
Alissa Hayward

1

Online Content Protection
RIAA

https://thesource.to/forum/index.php?threads/selling-my-vault.68/ childish gambino - warlords

## Natalia Ermakova

| | |
|---|---|
| **From:** | RIAA Antipiracy <antipiracy@riaa.com> |
| **Sent:** | Monday, September 28, 2020 12:44 PM |
| **To:** | abuse@cloudflare.com |
| **Subject:** | Unauthorized Sound Recordings (REF: I17-449801601322202) |

September 28, 2020

Youtubeconverter.io
Cloudflare

I17-449801601322202

Dear Sir or Madam:

I am contacting you on behalf of the Recording Industry Association of America, Inc. (RIAA) and its member record companies. The RIAA is a trade association whose member companies create, manufacture and distribute approximately eighty-five (85) percent of all legitimate sound recordings sold in the United States. Under penalty of perjury, we submit that the RIAA is authorized to act on behalf of its member companies on matters involving the infringement of their sound recordings, including enforcing their copyrights and common law rights on the Internet, and including with respect to the copyrighted works identified below.

We have learned that your service is operating and/or hosting the below-referenced infringing web site(s) on its network. These site(s) are offering files containing sound recordings which are owned by one or more of our member companies and have not been authorized for this kind of use, including without limitation those referenced at the URL(s) below. We have a good faith belief that this activity is not authorized by the copyright owner, its agent, or the law. We assert that the information in this notification is accurate, based upon the data available to us.

We are asking for your immediate assistance in stopping this unauthorized activity. Specifically, we request that you remove the files from your system, including any mirrored or duplicate copies of those files, and/or that you disable all access to the infringing files and associated links, and that you inform the uploader/s and/or site operator(s), as applicable, of the illegality of his or her conduct.

We also ask that you consider the widespread and repeated infringing nature of the uploader(s) and/or site operator(s)' conduct (as applicable), and whether that conduct violates your terms of service and/or your company's repeat infringer policy.

This e-mail does not constitute a waiver of any right to recover damages incurred by virtue of any such unauthorized activities, and such rights as well as claims for other relief are expressly retained. In addition, our use of your service's required notice form, if applicable, is merely meant to facilitate removal of the infringing material listed below and is not meant to suggest or imply that your activities and services are within the scope of the DMCA safe harbor.

You may contact me at RIAA, 1000 F Street NW, 2nd Floor, Washington, D.C. 20004, Tel. (202) 775-0101, or by e-mail at antipiracy@riaa.com, to discuss this notice. We await your response.

Sincerely,
Alissa Hayward

Online Content Protection
RIAA


https://www.youtubeconverter.io/convert?query=https%3A%2F%2Fwww.youtube.com%2Fwatch%3Fv%3DSGi3AvfFfuA expose - come go with me
https://www.youtubeconverter.io/convert?query=https%3A%2F%2Fwww.youtube.com%2Fwatch%3Fv%3DnNEb2k_Em Mg laura branigan - gloria
https://www.youtubeconverter.io/convert?query=https%3A%2F%2Fwww.youtube.com%2Fwatch%3Fv%3Dib01_vWRpx 0 paula abdul - vibeology

2

## Natalia Ermakova

| | |
|---|---|
| **From:** | RIAA Antipiracy <antipiracy@riaa.com> |
| **Sent:** | Monday, September 28, 2020 12:44 PM |
| **To:** | abuse@cloudflare.com |
| **Subject:** | Unauthorized Sound Recordings (REF: I17-449801601322202) |

September 28, 2020

Youtubeconverter.io
Cloudflare

I17-449801601322202

Dear Sir or Madam:

I am contacting you on behalf of the Recording Industry Association of America, Inc. (RIAA) and its member record companies. The RIAA is a trade association whose member companies create, manufacture and distribute approximately eighty-five (85) percent of all legitimate sound recordings sold in the United States. Under penalty of perjury, we submit that the RIAA is authorized to act on behalf of its member companies on matters involving the infringement of their sound recordings, including enforcing their copyrights and common law rights on the Internet, and including with respect to the copyrighted works identified below.

We have learned that your service is operating and/or hosting the below-referenced infringing web site(s) on its network. These site(s) are offering files containing sound recordings which are owned by one or more of our member companies and have not been authorized for this kind of use, including without limitation those referenced at the URL(s) below. We have a good faith belief that this activity is not authorized by the copyright owner, its agent, or the law. We assert that the information in this notification is accurate, based upon the data available to us.

We are asking for your immediate assistance in stopping this unauthorized activity. Specifically, we request that you remove the files from your system, including any mirrored or duplicate copies of those files, and/or that you disable all access to the infringing files and associated links, and that you inform the uploader/s and/or site operator(s), as applicable, of the illegality of his or her conduct.

We also ask that you consider the widespread and repeated infringing nature of the uploader(s) and/or site operator(s)' conduct (as applicable), and whether that conduct violates your terms of service and/or your company's repeat infringer policy.

This e-mail does not constitute a waiver of any right to recover damages incurred by virtue of any such unauthorized activities, and such rights as well as claims for other relief are expressly retained. In addition, our use of your service's required notice form, if applicable, is merely meant to facilitate removal of the infringing material listed below and is not meant to suggest or imply that your activities and services are within the scope of the DMCA safe harbor.

You may contact me at RIAA, 1000 F Street NW, 2nd Floor, Washington, D.C. 20004, Tel. (202) 775-0101, or by e-mail at antipiracy@riaa.com, to discuss this notice. We await your response.

Sincerely,
Alissa Hayward

1

Online Content Protection
RIAA

https://www.youtubeconverter.io/convert?query=https%3A%2F%2Fwww.youtube.com%2Fwatch%3Fv%3DSGi3AvfFfuA
expose - come go with me
https://www.youtubeconverter.io/convert?query=https%3A%2F%2Fwww.youtube.com%2Fwatch%3Fv%3DnNEb2k_Em
Mg laura branigan - gloria
https://www.youtubeconverter.io/convert?query=https%3A%2F%2Fwww.youtube.com%2Fwatch%3Fv%3Dib01_vWRpx
0 paula abdul - vibeology

## Natalia Ermakova

| | |
|---|---|
| **From:** | RIAA Antipiracy <antipiracy@riaa.com> |
| **Sent:** | Monday, September 28, 2020 12:31 PM |
| **To:** | abuse@cloudflare.com |
| **Subject:** | Unauthorized Sound Recordings (REF: I17-449811601321479) |


September 28, 2020

Zoop.su
Cloudflare


I17-449811601321479

Dear Sir or Madam:

I am contacting you on behalf of the Recording Industry Association of America, Inc. (RIAA) and its member record companies. The RIAA is a trade association whose member companies create, manufacture and distribute approximately eighty-five (85) percent of all legitimate sound recordings sold in the United States. Under penalty of perjury, we submit that the RIAA is authorized to act on behalf of its member companies on matters involving the infringement of their sound recordings, including enforcing their copyrights and common law rights on the Internet, and including with respect to the copyrighted works identified below.

We have learned that your service is operating and/or hosting the below-referenced infringing web site(s) on its network. These site(s) are offering files containing sound recordings which are owned by one or more of our member companies and have not been authorized for this kind of use, including without limitation those referenced at the URL(s) below. We have a good faith belief that this activity is not authorized by the copyright owner, its agent, or the law. We assert that the information in this notification is accurate, based upon the data available to us.

We are asking for your immediate assistance in stopping this unauthorized activity. Specifically, we request that you remove the files from your system, including any mirrored or duplicate copies of those files, and/or that you disable all access to the infringing files and associated links, and that you inform the uploader/s and/or site operator(s), as applicable, of the illegality of his or her conduct.

We also ask that you consider the widespread and repeated infringing nature of the uploader(s) and/or site operator(s)' conduct (as applicable), and whether that conduct violates your terms of service and/or your company's repeat infringer policy.

This e-mail does not constitute a waiver of any right to recover damages incurred by virtue of any such unauthorized activities, and such rights as well as claims for other relief are expressly retained. In addition, our use of your service's required notice form, if applicable, is merely meant to facilitate removal of the infringing material listed below and is not meant to suggest or imply that your activities and services are within the scope of the DMCA safe harbor.

You may contact me at RIAA, 1000 F Street NW, 2nd Floor, Washington, D.C. 20004, Tel. (202) 775-0101, or by e-mail at antipiracy@riaa.com, to discuss this notice. We await your response.

Sincerely,
Alissa Hayward

1

Online Content Protection
RIAA

https://zoop.su/dl/3ZDQiwJqZ3e0SdcPex2kroKw&s=3wq/Doja%20Cat%20-%20So%20High%20(San%20Holo%20Remix) doja cat - so high
https://zoop.su/dl/3Z9Fiv7-yTOCeL-vMYhAswkQ&s=3wq/Shawn%20Mendes,%20Amice%20-%20Stitches shawn mendes - stitches
https://zoop.su/dl/3Zn6dFUUL4JHR5wOVg0i1eIQ&s=3wq/Wiz%20Khalifa%20-%20Work%20Hard,%20Play%20Hard wiz khalifa - work hard play hard

## Natalia Ermakova

| | |
|---|---|
| **From:** | RIAA Antipiracy <antipiracy@riaa.com> |
| **Sent:** | Monday, September 28, 2020 12:00 PM |
| **To:** | abuse@cloudflare.com |
| **Subject:** | Unauthorized Sound Recordings (REF: X17-419531601319566) |

September 28, 2020

Ngleakers.co
Cloudflare
Google

X17-419531601319566

Dear Sir or Madam:

I am contacting you on behalf of the Recording Industry Association of America, Inc. (RIAA) and its member record companies. The RIAA is a trade association whose member companies create, manufacture and distribute approximately eighty-five (85) percent of all legitimate sound recordings sold in the United States. Under penalty of perjury, we submit that the RIAA is authorized to act on behalf of its member companies on matters involving the infringement of their sound recordings, including enforcing their copyrights and common law rights on the Internet, and including with respect to the copyrighted works identified below.

We have learned that your service is operating and/or hosting the below-referenced infringing web site(s) on its network. These site(s) are offering files containing sound recordings which are owned by one or more of our member companies and have not been authorized for this kind of use, including without limitation those referenced at the URL(s) below. We have a good faith belief that this activity is not authorized by the copyright owner, its agent, or the law. We assert that the information in this notification is accurate, based upon the data available to us.

We are asking for your immediate assistance in stopping this unauthorized activity. Specifically, we request that you remove the files from your system, including any mirrored or duplicate copies of those files, and/or that you disable all access to the infringing files and associated links, and that you inform the uploader/s and/or site operator(s), as applicable, of the illegality of his or her conduct.

We also ask that you consider the widespread and repeated infringing nature of the uploader(s) and/or site operator(s)' conduct (as applicable), and whether that conduct violates your terms of service and/or your company's repeat infringer policy.

This e-mail does not constitute a waiver of any right to recover damages incurred by virtue of any such unauthorized activities, and such rights as well as claims for other relief are expressly retained. In addition, our use of your service's required notice form, if applicable, is merely meant to facilitate removal of the infringing material listed below and is not meant to suggest or imply that your activities and services are within the scope of the DMCA safe harbor.

You may contact me at RIAA, 1000 F Street NW, 2nd Floor, Washington, D.C. 20004, Tel. (202) 775-0101, or by e-mail at antipiracy@riaa.com, to discuss this notice. We await your response.

Sincerely,
Alissa Hayward

Online Content Protection
RIAA

https://www.ngleakers.co/2020/09/blanco-anakin-mp3.html blanco - anakin
https://www.ngleakers.co/2020/09/bring-me-horizon-obey-with-yungblud-mp3.html bring me the horizon - obey with yungblud
https://www.ngleakers.co/2020/09/david-guetta-sia-lets-love-mp3.html david guetta & sia - let s love

**Natalia Ermakova**

| | |
|---|---|
| **From:** | RIAA Antipiracy <Antipiracy@riaa.com> |
| **Sent:** | Tuesday, September 29, 2020 10:28 AM |
| **To:** | CloudFlare Trust & Safety |
| **Subject:** | Unauthorized Sound Recordings |

September 29, 2020

Hiphopde.com
Cloudflare
Contabo GmbH

Dear Sir or Madam:

I am contacting you on behalf of the Recording Industry Association of America, Inc. (RIAA) and its member record companies. The RIAA is a trade association whose member companies create, manufacture and distribute approximately eighty-five (85) percent of all legitimate sound recordings sold in the United States. Under penalty of perjury, we submit that the RIAA is authorized to act on behalf of its member companies on matters involving the infringement of their sound recordings, including enforcing their copyrights and common law rights on the Internet, and including with respect to the copyrighted works identified below.

We have learned that your service is operating and/or hosting the below-referenced infringing web site(s) on its network. These site(s) are offering files containing sound recordings which are owned by one or more of our member companies and have not been authorized for this kind of use, including without limitation those referenced at the URL(s) below. We have a good faith belief that this activity is not authorized by the copyright owner, its agent, or the law. We assert that the information in this notification is accurate, based upon the data available to us.

We are asking for your immediate assistance in stopping this unauthorized activity. Specifically, we request that you remove the files from your system, including any mirrored or duplicate copies of those files, and/or that you disable all access to the infringing files and associated links, and that you inform the uploader/s and/or site operator(s), as applicable, of the illegality of his or her conduct.

We also ask that you consider the widespread and repeated infringing nature of the uploader(s) and/or site operator(s)' conduct (as applicable), and whether that conduct violates your terms of service and/or your company's repeat infringer policy.

This e-mail does not constitute a waiver of any right to recover damages incurred by virtue of any such unauthorized activities, and such rights as well as claims for other relief are expressly retained. In addition, our use of your service's required notice form, if applicable, is merely meant to facilitate removal of the infringing material listed below and is not meant to suggest or imply that your activities and services are within the scope of the DMCA safe harbor.

You may contact me at RIAA, 1000 F Street NW, 2nd Floor, Washington, D.C. 20004, Tel. (202) 775-0101, or by e-mail at antipiracy@riaa.com, to discuss this notice. We await your response.

Sincerely,
Alissa Hayward
Online Content Protection
RIAA

1

https://hiphopde.com/jason-derulo-coincidence/ jason derulo - coincidence
https://hiphopde.com/album-john-legend-bigger-love/ john legend - bigger love
https://hiphopde.com/lady-gaga-fun-tonight/ lady gaga - fun tonight

**Natalia Ermakova**

| | |
|---|---|
| **From:** | RIAA Antipiracy <Antipiracy@riaa.com> |
| **Sent:** | Monday, September 28, 2020 12:32 PM |
| **To:** | abuse@cloudflare.com |
| **Subject:** | Unauthorized Sound Recordings (REF: I17-449731601321516) |

September 28, 2020

Alegemuzica.top
Cloudflare

I17-449731601321516

Dear Sir or Madam:

I am contacting you on behalf of the Recording Industry Association of America, Inc. (RIAA) and its member record companies. The RIAA is a trade association whose member companies create, manufacture and distribute approximately eighty-five (85) percent of all legitimate sound recordings sold in the United States. Under penalty of perjury, we submit that the RIAA is authorized to act on behalf of its member companies on matters involving the infringement of their sound recordings, including enforcing their copyrights and common law rights on the Internet, and including with respect to the copyrighted works identified below.

We have learned that your service is operating and/or hosting the below-referenced infringing web site(s) on its network. These site(s) are offering files containing sound recordings which are owned by one or more of our member companies and have not been authorized for this kind of use, including without limitation those referenced at the URL(s) below. We have a good faith belief that this activity is not authorized by the copyright owner, its agent, or the law. We assert that the information in this notification is accurate, based upon the data available to us.

We are asking for your immediate assistance in stopping this unauthorized activity. Specifically, we request that you remove the files from your system, including any mirrored or duplicate copies of those files, and/or that you disable all access to the infringing files and associated links, and that you inform the uploader/s and/or site operator(s), as applicable, of the illegality of his or her conduct.

We also ask that you consider the widespread and repeated infringing nature of the uploader(s) and/or site operator(s)' conduct (as applicable), and whether that conduct violates your terms of service and/or your company's repeat infringer policy.

This e-mail does not constitute a waiver of any right to recover damages incurred by virtue of any such unauthorized activities, and such rights as well as claims for other relief are expressly retained. In addition, our use of your service's required notice form, if applicable, is merely meant to facilitate removal of the infringing material listed below and is not meant to suggest or imply that your activities and services are within the scope of the DMCA safe harbor.

You may contact me at RIAA, 1000 F Street NW, 2nd Floor, Washington, D.C. 20004, Tel. (202) 775-0101, or by e-mail at antipiracy@riaa.com, to discuss this notice. We await your response.

Sincerely,
Alissa Hayward

Online Content Protection
RIAA

https://alegemuzica.top/detalii/asap-ferg---trap-lord-2013-album-original.html asap ferg - trap lord
https://alegemuzica.top/detalii/drake-in-my-feelings-vavo-steve-reece-remix.html drake - in my feelings
https://alegemuzica.top/detalii/ed-sheeran-shape-of-you-claudio-cristo-yves-latroa-remix.html ed sheeran - shape of you